IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civil Action No. 1:04-cv-12679-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael E. Zeliger, Esq., of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, as lead counsel for the defendant, Ocean Spray Cranberries, Inc.

**FISH & RICHARDSON P.C.**

Date:  January 3, 2005         By:  _____
Michael E. Zeliger
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

*Attorneys for Defendant*
*Ocean Spray Cranberries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2005, a true and correct copy of the foregoing **NOTICE OF APPEARANCE**, was caused to be served on the attorney at the following addresses as indicated:

**BY FEDERAL EXPRESS**
Douglas J. Williams
Matthew A. Doscotch
Merchant & Gold
Suite 3200
80 S 8th St.
Minneapolis, MN 55402

*Attorneys for Plaintiff*
*Amazin Raisins International, Inc.*

_____
Michael E. Zeliger