UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 JAN 18 A 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

AMAZIN RAISINS INTERNATIONAL, INC.,

Plaintiff,

vs.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant.

C.A. No. 04-12679-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas G. Papastavros of Nixon Peabody LLP as counsel for plaintiff Amazin Raisins International, Inc. in the above-captioned action.

AMAZIN RAISINS INTERNATIONAL, INC.,

By its attorneys,

_____
Nicholas G. Papastavros
BBO # 635742
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

DATED: January 18, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail(by hand) on 1/18/05
_____

BOS1410136.1