IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC., | 2005 JAN 27 P 3: 1 |
| Plaintiff, | U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| v. | Civil Action No. 1:04-cv-12679-MLW |
| OCEAN SPRAY CRANBERRIES, INC., | |
| Defendant. | ...ïG FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>DEPUTY CLK |

## MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Michael E. Zeliger, Esquire, a member of the bar of the United States District Court for the District of Massachusetts, moves this Court to admit William R. Woodford, Esquire *pro hac vice* in the above-captioned matter.

In support of this motion, undersigned counsel submits the attached Affidavit of William R. Woodford, Esquire that demonstrates that he is in good standing and admitted to the Minnesota bar, the U.S. Court of Appeals for the Eight and Federal Circuits, and the United States District Courts for the District of Minnesota and the Western District of Wisconsin. I submit that his admission *pro hac vice* is in accord with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts. See Affidavit of Michael E. Zeliger, Esquire attached at Tab A.

Respectfully submitted,

Date: _____1/27/05_____     By: _____
Michael E. Zeliger
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMAZIN' RAISINS INTERNATIONAL, INC.,

Plaintiff,

v.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant.

Civil Action No. 1:04-cv-12679-MLW

## AFFIDAVIT OF WILLIAM R. WOODFORD, ESQUIRE

I, William R. Woodford, state as follows:

1.      I am an attorney admitted to the bar of Minnesota and an attorney at the law firm of Fish & Richardson P.C., P.A.

2.      I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

- Minnesota Supreme Court, admitted October 25, 2002;
- USDC-Minnesota, admitted November 22, 2002;
- USDC-Western District of Wisconsin, admitted February 28, 2003;
- Federal Circuit Court of Appeals, admitted January 6, 2004; and
- U.S. Court of Appeals – 8th Circuit, admitted January 16, 2004.

3.      I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

4.      I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.    All pleadings and papers in this action will continue to be served upon Michael E. Zeliger, Esquire who will appear as local counsel of record and is an authorized member of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 26th day of January, 2005.

William R. Woodford

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMAZIN' RAISINS INTERNATIONAL, INC.,

Plaintiff,

v.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant.

Civil Action No. 1:04-cv-12679-MLW

## AFFIDAVIT OF MICHAEL E. ZELIGER, ESQUIRE

I, Michael E. Zeliger, Esquire state as follows:

1.     I am an attorney-at-law of the commonwealth of Massachusetts and a member of the Bar of this Court. I am an attorney at the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110.

2.     William R. Woodford, Esquire is an attorney at the law firm of Fish & Richardson P.C., P.A., 60 South Sixth Street, Minneapolis, MN 55042. Mr. Woodford is admitted to the Minnesota Bar and is in good standing.

3.     All pleadings and papers in this action will continue to be served upon me as counsel of record and is an authorized member of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 27th day of January, 2005.

_____
Michael E. Zeliger