IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMAZIN' RAISINS INTERNATIONAL, INC.,

Plaintiff,

v.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant.

Civil Action No. 1:04-cv-12679-MLW

## AFFIDAVIT OF WILLIAM R. WOODFORD, ESQUIRE

I, William R. Woodford, state as follows:

1. I am an attorney admitted to the bar of Minnesota and an attorney at the law firm of Fish & Richardson P.C., P.A.

2. I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

- Minnesota Supreme Court, admitted October 25, 2002;
- USDC-Minnesota, admitted November 22, 2002;
- USDC-Western District of Wisconsin, admitted February 28, 2003;
- Federal Circuit Court of Appeals, admitted January 6, 2004; and
- U.S. Court of Appeals – 8th Circuit, admitted January 16, 2004.

3. I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.  All pleadings and papers in this action will continue to be served upon Michael E. Zeliger, Esquire who will appear as local counsel of record and is an authorized member of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 26th day of January, 2005.

_____
William R. Woodford