UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No. 04-12679-MLW |
| v. | ) ) | |
| OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation | ) ) ) | |
| Defendants. | ) ) ) ) | |

FEE PAID:
PT #
NTS
CLK

**ASSENTED-TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

The undersigned, counsel for Plaintiff Amazin' Raisins International, Inc. ("Amazin'

Raisins") and members of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3,

that Matthew A. Doscotch, associate in the law firm Merchant & Gould, located in Minneapolis,

Minnesota, be permitted to appear as counsel for Amazin' Raisins and practice in this Court pro

hac vice. Mr. Doscotch has a prior relationship with Amazin' Raisins which will be of assistance

in litigating this case on behalf of Amazin' Raisins.

Mr. Doscotch is a member of the bar in good standing in the State of Minnesota, the U.S.

District Courts for the Districts of Minnesota and Colorado, and the U.S. Court of Appeals for

the Ninth and Federal Circuits. He has filed an affidavit concurrently herewith, setting forth the

information required under Local Rule 83.5.3.

The undersigned represents that counsel for the defendant, Ocean Spray Cranberries, Inc.,

assents to the relief requested in this Motion.

BOS1455748.1

AMAZIN' RAISINS INTERNATIONAL,
INC.

By its attorneys,

_Gina McCreadie_

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

DATED:  February 3, 2005