UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMAZIN RAISINS INTERNATIONAL, INC.,

Plaintiff,

vs.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant.

Civil Action No. 04-12679-MLW

### AFFIDAVIT OF MATTHEW A. DOSCOTCH

I, Matthew A. Doscotch, having been duly sworn, depose and say as follows:

1. I am an associate with the law firm of Merchant & Gould, resident in Minneapolis, Minnesota. This affidavit is respectfully submitted in support of the accompanying Motion, filed pursuant to Local Rule 83.5.3, seeking my admission to practice before the Court in the above-captioned case.

2. I am a member in good standing of the bars of the State of Minnesota, the U.S. District Court for the District of Minnesota, U.S. District Court for the District of Colorado, U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Federal Circuit.

3. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of the Plaintiff, Amazin Raisins International, Inc.

6. I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on this 18th day of January, 2005.

*Matthew A. Doscotch*  
Matthew A. Doscotch

Sworn to before me this 18th day of January, 2005

*Linda M. Beckman*
Notary Public

My Commission Expires: _____



LINDA M. BECKMAN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

2

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document was served via first class mail upon the following:

Douglas J. Williams
Merchant & Gold
Suite 3200
80 S. 8th Street
Minneapolis, MN  5542

Matthew A. Doscotch
Merchant & Gold
Suite 3200
80 S. 8th Street
Minneapolis, MN  5542

John C. Adkisson
Fish & Richardson
Suite 3300
3300 Dain Rauscher Plaza
60 S 6th Street
Minneapolis, MN  55402

Michael E. Zeliger
Fish & Richardson
Suite 3300
3300 Dain Rauscher Plaza
60 S 6th Street
Minneapolis, MN  55402

*/s/ Gina McCreadie*
Gina M. McCreadie