UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation, <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation <br><br><br> Defendants. | Civ. Action No. 04-12679-MLW |

## ASSENTED-TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned, counsel for Plaintiff Amazin' Raisins International, Inc. ("Amazin' Raisins") and members of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Douglas J. Williams, a partner in the law firm Merchant & Gould, located in Minneapolis, Minnesota, be permitted to appear as counsel for Amazin' Raisins and practice in this Court pro hac vice. Mr. Williams has a prior relationship with Amazin' Raisins which will be of assistance in litigating this case on behalf of Amazin' Raisins.

Mr. Williams is a member of the bar in good standing in the States of Minnesota and Texas, the U.S. District Courts for the Districts of Minnesota and Texas, and the U.S. Court of Appeals for the Eighth and Federal Circuits. He has filed an affidavit concurrently herewith, setting forth the information required under Local Rule 83.5.3.

The undersigned represents that counsel for the defendant, Ocean Spray Cranberries, Inc., assents to the relief requested in this Motion.

BOS1464343.1

        AMAZIN' RAISINS INTERNATIONAL, INC.

        By its attorneys,

        */s/ Gina M. McCreadie*
        Nicholas G. Papastavros (BBO # 635742)
        Gina M. McCreadie (BBO # 661107)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        (617) 345-1000

DATED: February 14, 2005

BOS1464343.1

## CERTIFICATE OF SERVICE

I certify that on February 14, 2005, a true copy of the foregoing documents were served via first class mail upon the following:

Douglas J. Williams
Merchant & Gold
Suite 3200
80 S. 8th Street
Minneapolis, MN  55402

Matthew A. Doscotch
Merchant & Gold
Suite 3200
80 S. 8th Street
Minneapolis, MN  55402

John C. Adkisson
Fish & Richardson
Suite 3300
3300 Dain Rauscher Plaza
60 S 6th Street
Minneapolis, MN  55402

Michael E. Zeliger
Fish & Richardson
Suite 3300
3300 Dain Rauscher Plaza
60 S 6th Street
Minneapolis, MN  55402

*Gina M. McCreadie*
Gina M. McCreadie