```
                                                              FILED
                                                         IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS              2005 FEB 15  P 12: 20

                                                      U.S. DISTRICT COURT
                                                       DISTRICT OF MASS
```

| | |
|---|---|
| AMAZIN RAISINS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>Defendant. | C.A. No. 04-12679-MLW |

## AFFIDAVIT OF DOUGLAS J. WILLIAMS

I, Douglas J. Williams, having been duly sworn, depose and say as follows:

1. I am a partner with the law firm of Merchant & Gould, resident in Minneapolis, Minnesota. This affidavit is respectfully submitted in support of the accompanying Motion, filed pursuant to Local Rule 83.5.3, seeking my admission to practice before the Court in the above-captioned case.

2. I am a member in good standing of the bars of the State of Minnesota and Texas, the U.S. District Court for the District of Minnesota and Texas, U.S. Court of Appeals for the Eighth Circuit, and the U.S. Court of Appeals for the Federal Circuit.

3. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of the plaintiff Amazin Raisins International.

- 2 -

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on this 24th day of January, 2005.

_____
Douglas J. Williams

Sworn to before me this 27th day of January, 2005

_____
Notary Public

My Commission Expires: 2010



BOS1410136.1