UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>Defendant. | Civ. Action No. 04-12679-MLW |

**PLAINTIFF AMAZIN' RAISINS INTERNATIONAL, INC.'S<br>CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3, Plaintiff Amazin' Raisins International, Inc. ("ARI"), hereby discloses that it is a non-governmental corporate party to the above-captioned action. ARI has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Respectfully submitted,

**AMAZIN' RAISINS INTERNATIONAL, INC.**

By its attorneys,

  /s/ Gina M. McCreadie

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000

Douglas J. Williams (MN # 117353)
Matthew A. Doscotch (MN # 029973X)
MERCHANT & GOULD P.C.

                                      3200 IDS Center  
                                      80 South Eighth Street  
                                      Minneapolis, MN 55402  
                                      Telephone: 612-332-5300  
                                      Facsimile: 612-332-9081

Dated: May 2, 2005