## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC.<br>an Ontario, Canada corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| OCEAN SPRAY CRANBERRIES, INC.,<br>a Delaware corporation, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

Civ. Action No. 04-12679-MLW

### PLAINTIFF'S REPLY TO COUNTERCLAIM

Plaintiff Amazin' Raisins International, Inc. ("ARI"), hereby replies to the Counterclaim of Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray"). ARI responds to Ocean Spray's allegations as follows:

1.      ARI admits the allegations of Paragraph 1.

2.      ARI is without sufficient knowledge and information to admit the truth concerning the incorporation and principal place of business, but has no reason to deny the allegations of Paragraph 2.

3.      ARI admits the allegations of Paragraph 3.

4.      ARI admits the allegations of Paragraph 4.

5.      ARI admits the allegations of Paragraph 5.

6.      ARI admits the allegations of Paragraph 6.

7.      In reply to Paragraph 7 of the Counterclaim, ARI incorporates its reply to Paragraphs 1-6 of Ocean Spray's Counterclaim.

8.      ARI denies the allegations of Paragraph 8.

9.      In reply to Paragraph 9 of the Complaint, ARI incorporates its reply to Paragraphs 1-6 of Ocean Spray's Counterclaim.

10.     ARI denies the allegations of Paragraph 10.


Respectfully submitted,

**AMAZIN' RAISINS INTERNATIONAL, INC.**

By its attorneys,

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000

Douglas J. Williams (MN # 117353)
Matthew A. Doscotch (MN # 029973X)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-332-5300
Facsimile: 612-332-9081

Dated: May 2, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2005, I served a copy of the following:  Plaintiff's Reply to Counterclaim by first class mail on:

John C. Adkisson
Fish & Richardson
Suite 3300
3300 Dain Rauscher Plz
60 S 6th St.
Minneapolis, MN  55402

Michael E. Zeliger
Fish & Richardson
Suite 3100
225 Franklin Street
Boston, MA  02110-2804

William R. Woodford
Fish & Richardson
60 S 6th St.
Minneapolis, MN  55402

Gina M. McCreadie