# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.371.5271
mdoscotch@merchant-gould.com

April 28, 2005

The Honorable Mark L. Wolf
U.S. District Court Judge
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Amazin' Raisins International, Inc. v. Ocean Spray Cranberries, Inc.
      Civil Action No. 04-12679-MLW
      M&G No. 14158.1-US-ZA

Dear Judge Wolf:

During the Rule 16 conference on April 22, 2005, you identified a potential conflict of interest related to a connection you have with a member of the Ocean Spray grower cooperative. Amazin Raisins International does not see this as a conflict, and therefore, has no objection to you presiding over the above-captioned matter.

Sincerely,

Matthew A. Doscotch

MAD:lmb

cc:   William R. Woodford, Esq.
      Michael Zeliger, Esq.
      Nicholas G. Papastavros, Esq.
      Jack Mazin

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC