# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

FILED
CLERKS OFFICE

2005 MAY -6  P 1: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

May 6, 2005

The Honorable Mark L. Wolf
U.S. District Court Judge
United States District Court
 for the District of Massachusetts
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:   *Amazin Raisins International, Inc. v. Ocean Spray Cranberries, Inc.*
      Civil Action No. 1:04-cv-12679-MLW

Dear Judge Wolf:

We write on behalf of Ocean Spray in response to your inquiry about a potential conflict of interest arising from a connection you have with a member of Ocean Spray's grower cooperative. Ocean Spray does not see this as a conflict, and therefore, has no objection to you presiding over the above-captioned matter.

Very truly yours,

Michael E. Zeliger
BBO No. 633,654

/mbo

cc:   Douglas J. Williams, Esq. (by Federal Express)
      Matthew A. Doscotch, Esq. (by Federal Express)
      Nicholas G. Papastavros, Esq. (by first-class mail)
      Gina M. McCreadie, Esq. (by first-class mail)

21080516 (2).doc