UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civ.Action No. 04-12679-MLW |

**ASSENTED-TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

The undersigned, counsel for Plaintiff Amazin' Raisins International, Inc. ("Amazin' Raisins") and members of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Christopher J. Sorenson, associate in the law firm Merchant & Gould, located in Minneapolis, Minnesota, be permitted to appear as counsel for Amazin' Raisins and practice in this Court pro hac vice.  Mr. Sorenson has a prior relationship with Amazin' Raisins which will be of assistance in litigating this case on behalf of Amazin' Raisins.

Mr. Sorenson is a member of the bar in good standing of the State of Minnesota, Eighth Circuit Court of Appeals, Seventh Circuit Court of Appeals, First Circuit Court of Appeals, and the Federal Circuit Court of Appeals.  He has filed an affidavit concurrently herewith, setting forth the information required under Local Rule 83.5.3.

The undersigned represents that counsel for the defendant, Ocean Spray Cranberries, Inc., assents to the relief requested in this Motion.

BOS1520485.1

AMAZIN' RAISINS INTERNATIONAL, INC.

By its attorneys,

  /s/ Gina M. McCreadie
Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Fax: (617) 345-1300

Douglas J. Williams (*admitted pro hac vice*)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 332-300
Fax: (612) 332-9081

DATED:  August 22, 2005

BOS1520485.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | C.A. No. 04-12679-MLW |

**AFFIDAVIT OF CHRISTOPHER J. SORENSON**

I, Christopher J. Sorenson, having been duly sworn, depose and say as follows:

1. I am an attorney with the law firm of Merchant & Gould, resident in Minneapolis, Minnesota. This affidavit is respectfully submitted in support of the accompanying Motion, filed pursuant to Local Rule 83.5.3, seeking my admission to practice before the Court in the above-captioned case.

2. I am a member in good standing of the Minnesota State Bar, Eighth Circuit Court of Appeals, Seventh Circuit Court of Appeals, First Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

3. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of the Plaintiff, Amazin Raisins International.

-2-

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on this 16th day of August, 2005.

_____
Christopher J. Sorenson

Sworn to before me this 16th day of August, 2005

_____
Notary Public

My Commission Expires: _____

AMY J. MULLENIX
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2007