# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC.<br>an Ontario, Canada corporation<br><br>           Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br>a Delaware corporation,<br><br>           Defendant. | Civ. Action No. 04-12679-MLW |

## PLAINTIFF AMAZIN' RAISINS INTERNATIONAL, INC.'S
## MOTION TO COMPEL DOCUMENT PRODUCTION

Pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure and Local Rules 7.1(a)(2) and 37.1(b), Plaintiff Amazin' Raisins International, Inc. ("ARI") respectfully moves the Court for an Order to compel Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray") to produce documents in response to ARI document production requests 1, 4, 5, and 12. In support of and as grounds for its motion, Plaintiff offers a Memorandum in Support and the Declaration of Todd Werner. Pursuant to Local Rule 37.1, the parties have engaged in personal consultation and have attempted in good faith to resolve the dispute. The parties have been unable to reach an agreement; therefore Plaintiff files the instant motion and seeks relief from the Court.

Dated: October 27, 2005

Respectfully submitted,

**AMAZIN' RAISINS INTERNATIONAL, INC.**

By its attorneys,

 /s/ Gina M. McCreadie

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000

Douglas J. Williams (MN # 117353)
Christopher J. Sorenson (MN # 210118)
Todd Werner (MN # 033019X) (*pro hac admission pending*)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-332-5200
Facsimile: 612-332-9081

### Certificate of Compliance

I, Todd Werner, counsel for Plaintiff, Amazin' Raisins International, Inc., hereby certify that I contacted counsel for Defendant Ocean Spray Cranberries, Inc., as set forth in my Declaration filed simultaneously herewith, to confer concerning all disputed issues prior to filing this Motion to Compel. I further certify that Plaintiff has made a reasonable and good faith effort to reach agreement with opposing counsel in the matters set forth in the present Motion to Compel and accompanying Memorandum of Law. I further certify that Plaintiff has complied with Rule 37.1 of the Local Rules of the United States District Court for the District of Massachusetts.

MERCHANT & GOULD P.C.

 /s/ Todd Werner
Todd Werner