IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civ. Action No. 04-12679-MLW |

**JOINT REPORT ON THE STATUS AND PROSPECTS OF SETTLEMENT PURSUANT TO THE COURT'S SCHEDULING ORDER**

Pursuant to the Court's Scheduling Order, Plaintiff Amazin' Raisins International, Inc. and Defendant Ocean Spray Cranberries, Inc. hereby submit a joint report on the status and prospects of settlement in the above-captioned matter. Counsel for the parties have discussed the possibility of settlement, but have been unable to reach an agreement. There are no ongoing settlement discussions at this time and the parties believe the prospect of a settlement is very low. The parties do not feel a mediation would be a useful exercise at this time, but believe it may be appropriate at a later date.

Dated: October 28, 2005

*Gina M. McCreadie*

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Douglas J. Williams
Christopher J. Sorenson
Todd S. Werner
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300 Telephone
(612) 332-9081 Facsimile

*Attorneys for Plaintiff*
*Amazin' Raisins International, Inc.*

60321283.doc

Dated: October 27, 2005

*William R. Woodford*

William R. Woodford
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street
Suite 3300 Dain Rauscher Plaza
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile

Michael E. Zeliger (BBO # 633654)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

*Attorneys for Defendant*
*Ocean Spray Cranberries, Inc.*