**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civ. Action No. 04-12679-MLW |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE OCEAN SPRAY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DOCUMENT PRODUCTION**

Defendant Ocean Spray Cranberries, Inc. hereby moves, with the assent of Plaintiff Amazin' Raisins International, Inc., to extend the deadline for Defendant to submit an opposition to Plaintiff's Motion to Compel Document Production until December 1, 2005. Ocean Spray's opposition is presently due November 10, 2005.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge a time period prescribed by the rules. The instant motion for an extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion. Ocean Spray seeks an extension solely to continue discussions with Plaintiff to resolve the issues presented in this motion without intervention from the Court.

WHEREFORE, Defendant respectfully requests that the Court grant this assented-to motion for an extension of time and that the deadline for Ocean Spray's opposition brief be moved to December 1, 2005.

| | |
|---|---|
| Dated:  November 9, 2005 | **FISH & RICHARDSON P.C., P.A.** |
| | |
| | /s/William R. Woodford |
| | William R. Woodford (*pro hac vice*) |
| | 3300 Dain Rauscher Plaza |
| | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| | (612) 335-5070 Telephone |
| | (612) 288-9696 Facsimile |
| | |
| | **FISH & RICHARDSON P.C.** |
| | Michael E. Zeliger (BBO # 633654) |
| | 225 Franklin Street |
| | Boston, MA 02110-2804 |
| | (617) 542-5070 Telephone |
| | (617) 542-8906 Facsimile |
| | |
| | *Attorneys for Defendant* |
| | *Ocean Spray Cranberries, Inc.* |

60323496.doc