IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMAZIN' RAISINS INTERNATIONAL, INC.,

    Plaintiff,

v.

OCEAN SPRAY CRANBERRIES, INC.,

    Defendant.

Civ. Action No. 04-12679-MLW

## JOINT MOTION FOR AN EXTENSION OF TIME

    Plaintiff Amazin' Raisins International, Inc. and Defendant Ocean Spray Cranberries, Inc. hereby jointly seek to modify the summary judgment briefing schedule as follows:

    12/21/05   –   Deadline to file summary judgment motions on the issue of infringement

    01/11/06   –   Deadline to file oppositions to summary judgment motions

    01/25/06   –   Deadline to file a reply in support of the summary judgment motions

The parties also jointly seek to extend the deadline for Ocean Spray to submit an opposition to Plaintiff's Motion to Compel Document Production until December 21, 2005. Ocean Spray's opposition is presently due December 1, 2005.

    Pursuant to Fed. R. Civ. P. 6(b), the Court may, in its discretion, enlarge a time period set forth in a previous order. The instant joint motion for an extension of time is not interposed for the purposes of delay. Rather, as to the summary judgment schedule, the extension is requested to provide the parties adequate time to prepare motions in light of the Court's November 28 Order and to resolve conflicts presented by the upcoming holidays. The parties propose to have all briefing completed before the status conference scheduled by the Court for January 30, 2006. As for the extension relating to Ocean Spray's opposition, the parties request an extension to

continue their efforts to resolve the issues presented in the motion without intervention from the Court. The parties do not believe any prejudice will result from granting this joint motion.

WHEREFORE, the parties respectfully request that the Court grant this joint motion to modify the summary judgment briefing schedule and noted above and to extend the deadline for Ocean Spray's opposition to December 21, 2005.

Dated: 12/1/05

**MERCHANT & GOULD P.C.**

_/s/ Todd Werner_

Douglas J. Williams
Christopher J. Sorenson (*pro hac vice*)
Todd S. Werner (*pro hac vice*)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300 Telephone
(612) 332-9081 Facsimile

**NIXON PEABODY LLP**
Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadle (BBO # 661107)
100 Summer Street
Boston, MA 02110
(617) 345-1000

*Attorneys for Plaintiff*
*Amazin' Raisins International, Inc.*

Dated: 12/1/05

**FISH & RICHARDSON P.C., P.A.**

_/s/ William R. Woodford_

William R. Woodford (*pro hac vice*)
60 South Sixth Street
Suite 3300 Dain Rauscher Plaza
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile

**FISH & RICHARDSON P.C.**
Michael E. Zeliger (BBO # 633654)
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

*Attorneys for Defendant*
*Ocean Spray Cranberries, Inc.*

60326805.doc