IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>Defendant. | Civil Action No. 1:04-cv-12679-MLW |

**OCEAN SPRAY'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment of Noninfringement, Concise Statement of Material Facts in Support of Ocean Spray's Motion for Summary Judgment, and accompanying Declarations of Michael A. Scott, Harold Mantius, and William R. Woodford, Defendant Ocean Spray Cranberries, Inc. hereby moves the Court to enter summary judgment that Defendant has not infringed and does not infringe United States Patent No. 5,188,861.

**REQUEST FOR ORAL ARGUMENT**

Defendant Ocean Spray Cranberries, Inc. hereby requests oral argument on Defendant's Motion for Summary Judgment of Noninfringement.

**LR 7.1(a)(2) CERTIFICATION**

Pursuant to LR 7.1(a)(2), Defendant certifies that the parties have made a good faith effort to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein.

| | |
|---|---|
| Dated:  December 21, 2005 | **FISH & RICHARDSON P.C., P.A.**<br><br>/s/William R. Woodford<br>William R. Woodford (*pro hac vice*)<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>(612) 335-5070 Telephone<br>(612) 288-9696 Facsimile<br><br>**FISH & RICHARDSON P.C.**<br>Michael E. Zeliger (BBO # 633654)<br>225 Franklin Street<br>Boston, MA 02110-2804<br>(617) 542-5070 Telephone<br>(617) 542-8906 Facsimile<br><br>*Attorneys for Defendant*<br>*Ocean Spray Cranberries, Inc.* |

60329615.DOC