UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
AMAZIN' RAISINS INTERNATIONAL, INC.         )
an Ontario, Canada corporation              )
                                            )
                Plaintiff,                  )
                                            )
v.                                          )   Civ. Action No. 04-12679-MLW
                                            )
OCEAN SPRAY CRANBERRIES, INC.,              )
a Delaware corporation,                     )
                                            )
                Defendant.                  )
_____)

**PLAINTIFF AMAZIN' RAISINS INTERNATIONAL, INC.'S ASSENTED TO
MOTION TO WITHDRAW MOTION TO COMPEL**

Plaintiff Amazin' Raisins International, Inc. ("ARI") respectfully requests the Court to withdraw its Motion to Compel Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray") to produce documents in response to ARI document production requests 1, 4, 5, and 12.  ARI has been informed that Ocean Spray believes it has produced all responsive documents it could locate upon a reasonably diligent search.  Accordingly, ARI does not believe an order compelling the production of documents in response to requests Nos. 1, 4, 5, and 12 is necessary at this time, and moves the Court to withdraw its motion to compel.

2

Dated: December 27, 2005    By: /s/ Todd Werner
        Douglas J. Williams (MN # 117353)
        Christopher J. Sorenson (MN # 210118)
        Todd Werner (MN # 033019X)
        MERCHANT & GOULD P.C.
        3200 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        Telephone: 612-332-5200
        Facsimile: 612-332-9081

        Nicholas G. Papastavros (BBO # 635742)
        Gina M. McCreadie (BBO # 661107)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Telephone: 617-345-1000

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2005, I caused the following document:

1. Plaintiff Amazin' Raisins International, Inc.'s Assented to Motion to Withdraw Motion to Compel;

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **John C. Adkisson** | adkisson@fr.com mla@fr.com |
| **William R Woodford** | woodford@fr.com lindner@fr.com |
| **Michael E. Zeliger** | zeliger@fr.com omeara@fr.com |

Dated: <u>December 27, 2005</u>          <u>/s/Todd Werner</u>
                                          Todd Werner