# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 04-12679-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I caused the following document:

1. ***Plaintiff Amazin' Raisins International, Inc.'s Assented-to Motion to Motion for an Extension of Time***

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **John C. Adkisson** | adkisson@fr.com  mla@fr.com |
| **William R Woodford** | woodford@fr.com  lindner@fr.com |
| **Michael E. Zeliger** | zeliger@fr.com  omeara@fr.com |

Dated: January 9, 2006　　　　　　　　　　　　s/Todd S. Werner
　　　　　　　　　　　　　　　　　　　　　　　Todd S. Werner