**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                                    )
AMAZIN' RAISINS INTERNATIONAL, INC.   )
an Ontario, Canada corporation,                       )
                                                                    )
                      Plaintiff,                          )
                                                                    )
v.                                                                 )    Civ. Action No. 04-12679-MLW
                                                                    )
OCEAN SPRAY CRANBERRIES, INC.,           )
a Delaware corporation,                                 )
                                                                    )
                      Defendant.                     )
_____)


**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006, I caused the following document:

    *1.  Assented-to Motion for an Extension of Time*

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **John C. Adkisson** | adkisson@fr.com  mla@fr.com |
| **William R Woodford** | woodford@fr.com  lindner@fr.com |
| **Michael E. Zeliger** | zeliger@fr.com  omeara@fr.com |

Dated: January 26, 2006                      s/Todd S. Werner
                                                            Todd S. Werner