UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
AMAZIN' RAISINS INTERNATIONAL, INC.         )
an Ontario, Canada corporation,             )
                                            )
                    Plaintiff,              )
                                            )
v.                                          )   Civ. Action No. 04-12679-MLW
                                            )
OCEAN SPRAY CRANBERRIES, INC.,              )
a Delaware corporation,                     )
                                            )
                    Defendant.              )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, I caused the following documents:

1. *Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment on the Issue of Infringement Pursuant to Rule 56(F); and*

2. *Declaration of Todd S. Werner in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment of Noninfringement, & Exhibit 1*

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **John C. Adkisson** | adkisson@fr.com  mla@fr.com |
| **William R Woodford** | woodford@fr.com  lindner@fr.com |
| **Michael E. Zeliger** | zeliger@fr.com  omeara@fr.com |

Dated: February 3, 2006                    s/Todd S. Werner
                                           Todd S. Werner