UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                            )
AMAZIN' RAISINS INTERNATIONAL, INC.  )
an Ontario, Canada corporation,                       )
                                                            )
                                Plaintiff,              )
                                                            )
v.                                                         )    Civ. Action No. 04-12679-MLW
                                                            )
OCEAN SPRAY CRANBERRIES, INC.,        )
a Delaware corporation,                               )
                                                            )
                                Defendant.           )
_____)


**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I caused the following documents:

1. *Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment on the Issue of Infringement REDACTED;*

2. *Plaintiff's Statement of Materials Facts that are in Genuine Dispute and Render Summary Judgment Inappropriate REDACTED;*

3. *Declaration of Christopher J. Sorenson in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment of Noninfringement, & Exhibits 1-11 (EXHIBITS 2, 3 AND 10 TO BE FILED UNDER SEAL);*

4. *Declaration of Amir Lalji in Support of Plaintiff's Opposiiton to Defendant's Motion for Summary Judgment of Nonnfringement;* and

5. *Declaration of Keith Cadwallader in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment of Noninfringement, & Exhibits A-B*

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

        **John C. Adkisson**       adkisson@fr.com mla@fr.com

        **William R Woodford**   woodford@fr.com lindner@fr.com

        **Michael E. Zeliger**     zeliger@fr.com omeara@fr.com

Dated: February 10, 2006                              s/Douglas J. Williams
                                                                                                          Douglas J. Williams