UNITED STATES DISTRICK COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>        Defendant. | Civ. Action No. 04-12679-MLW |

NOTICE OF ADDRESS CHANGE
ON BEHALF OF AMAZIN' RAISINS INTERNATIONAL, INC.

PLEASE TAKE NOTICE that Michael E. Zeliger, lead counsel for Amazin' Raisins International, Inc., is now affiliated with Kirkpatrick & Lockhart Nicholson Graham LLP. Effective immediately, please use the following new contact information for service upon and communication with Mr. Zeliger:

>       */s/ Michael E. Zeliger*
>       Micheal E. Zeliger
>       KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
>       75 State Street
>       Boston, MA 02109
>       Direct: (617) 951-9153
>       Fax: (617) 261-3175
>       mzeliger@klng.com

BOS-945729 v1