## UNITED STATES DISTRICK COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>                           Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>                           Defendant. | Civ. Action No. 04-12679-MLW |

## AMENDED NOTICE OF ADDRESS CHANGE
## ON BEHALF OF OCEAN SPRAY CRANBERRIES, INC.

PLEASE TAKE NOTICE that Michael E. Zeliger, lead counsel for Ocean Spray Cranberries, Inc. is now affiliated with Kirkpatrick & Lockhart Nicholson Graham LLP. Effective immediately, please use the following new contact information for service upon and communication with Mr. Zeliger:

Respectfully submitted this 2nd day of March, 2006.

*/s/ Michael E. Zeliger*
Michael E. Zeliger (BBO #633654)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
Direct: (617) 951-9153
Fax: (617) 261-3175
mzeliger@klng.com

BOS-945729 v1