UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12679

| Amazin Raisins International, Inc. | Ocean Spray Cranberries, Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Doug Williams (via telephone) | Michael Zeliger |
| Genie McCreadie | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 2/21/06 | Court discusses the motions for summary judgment with the parties. |
| | Court orders the parties to meet and confer for at least a day with principals for the purpose of discussing settlement at a neutral site and report to the court by 4/7/06 whether the case is settled, if not whether they would like more time to discuss settlement or participate in the court's mediation program. Tutorial scheduled for 4/18/06 at 2:30 PM. Court orders the parties to purchase the transcript from today's hearing. |