```
AMAZIN' RAISINS INTERNATIONAL, INC.)
an Ontario, Canada corporation,    )
                                   )
                Plaintiff,         )
       v.                          )   Cr. No. 04-12679-MLW
                                   )
OCEAN SPRAY CRANBERRIES, INC.,     )
a Delaware corporation,            )
                                   )
                Defendant          )
```

<u>ORDER</u>

WOLF, D.J.                                              March 2, 2006

    For the reasons stated in court on March 2, 2006, it is hereby ORDERED that:

    1.  The parties shall, by April 7, 2006, meet at a location outside of Massachusetts and Minnesota for at least one day to discuss settlement.  Representatives from both parties who have the full authority to agree to a settlement must participate.

    2.  The parties shall, by April 7, 2006, report to the court on the status of their settlement discussions and, if necessary and appropriate, may request additional time to continue their discussions or to participate in mediation.

    3.  If necessary, the parties shall give the court a tutorial on the allegedly infringing manufacturing process on April 18, 2006, at 2:30 p.m., and provide by April 11, 2006, jointly if possible, a memorandum concerning the tutorial.

    4.  After the tutorial, the court will schedule a hearing on Ocean Spray's motion for summary judgment.

    5.  The parties shall order the transcript of the March 2,

2006 hearing.

>                              /s/ MARK L. WOLF
>                              UNITED STATES DISTRICT JUDGE