## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>                              Defendant. | Civ. Action No. 04-12679-MLW |

### JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

The parties, Amazin' Raisins International, Inc. ("ARI") and Ocean Spray Cranberries, Inc. ("Ocean Spray") hereby report on the status of their settlement negotiations, pursuant to Court's Order, dated March 2, 2006 (Docket Entry #83).

Representatives of the parties with settlement authority met at a remote location on March 24, 2006. They discussed numerous business opportunities and have planned further such discusssions. However, these dicussions are unrelated to the litigation. Regarding the contested issues in this case, the parties were not able to reach agreement. Moreover, the parties, at this time, do not request addititional time for settlement negoations and do not wish to engage in mediation.

- 2 -

Respectfully submitted April 7, 2006

| MERCHANT & GOULD P.C. | KIRKPATRICK & LOCKHART, NICHOLSON GRAHAM LLP |
|---|---|
| s/Christopher J. Sorenson | s/Michael E. Zeliger (BBO #633654) |
| Douglas J. Williams | State Street Financial Center |
| Christopher J. Sorensen *(pro hac vice)* | 1 Lincoln Street |
| Todd S. Werner *(pro hace vice)* | Boston, MA 02111-2950 |
| 3200 IDS Center | Direct:  (617) 951-9153 |
| 80 South Eighth Street | Facsimile:  (617) 261-3175 |
| Minneapolis, MN 55402 | |
| Telephone: 612-332-5300 | William R. Woodford (pro hac vice) |
| Facsimile: 612-332-9081 | FISH & RICHARDSON P.C., P.A. |
| | 3300 Dain Rauscher Plaza |
| Nicholas G. Papastavros (BBO # 635742) | 60 South Sixth Street |
| Gina M. McCreadie (BBO # 661107) | Minneapolis, MN 55402 |
| NIXON PEABODY LLP | (612) 335-5070 Telephone |
| 100 Summer Street | (612) 288-9696 Facsimile |
| Boston, MA 02110 | |
| Telephone: 617-345-1000 | *Attorneys for Defendant* |
| | *Ocean Spray Cranberries, Inc.* |
| *Attorneys for Plaintiff* | |
| *Amazin' Raisins International, Inc.* | |