**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civ. Action No. 04-12679-MLW |

**JOINT MOTION FOR A CONTINUANCE OF THE TUTORIAL HEARING AND AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**

Plaintiff Amazin' Raisins International, Inc. and Defendant Ocean Spray Cranberries, Inc. hereby jointly move for a continuance of the tutorial hearing currently scheduled for April 18, 2006 and an extension of the deadline to file supplemental summary judgment briefing currently due on April 19, 2006 to May 1, 2006. The parties request for a modification of the Court's schedule to allow counsel for Ocean Spray to attend to a serious family medical emergency.

To assist the Court in scheduling the tutorial hearing and avoid any further requests for rescheduling, the parties have conferred and identified May 15-17 and May 25-26 as dates where counsel for both parties are available next month. Counsel for the parties are also generally available the first three weeks in June.

WHEREFORE, the parties respectfully request that the Court grant a continuance of the tutorial hearing and extend the deadline for supplemental briefing to May 1, 2006.

| | |
|---|---|
| Dated: April 14, 2006 | Dated: April 14, 2006 |
| **MERCHANT & GOULD P.C.** | **FISH & RICHARDSON P.C.** |
| s/Christopher J. Sorenson | s/William R. Woodford |
| Douglas J. Williams | William R. Woodford (*pro hac vice*) |
| Christopher J. Sorenson (*pro hac vice*) | 60 South Sixth Street |
| Todd S. Werner (*pro hac vice*) | Suite 3300 Dain Rauscher Plaza |
| 3200 IDS Center | Minneapolis, MN 55402 |
| 80 South Eighth Street | (612) 335-5070 Telephone |
| Minneapolis, MN 55402 | (612) 288-9696 Facsimile |
| (612) 332-5300 Telephone | |
| (612) 332-9081 Facsimile | **KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP** |
| **NIXON PEABODY LLP** | Michael E. Zeliger (BBO # 633654) |
| Nicholas G. Papastavros (BBO # 635742) | State Street Financial Center |
| Gina M. McCreadle (BBO # 661107) | One Lincoln Street |
| 100 Summer Street | Boston, MA 02111 |
| Boston, MA 02110 | (617) 261-3100 Telephone |
| (617) 345-1000 | (617) 261-3175 Facsimile |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Amazin' Raisins International, Inc.* | *Ocean Spray Cranberries, Inc.* |

60351542.doc