**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| | ) | |
| AMAZIN' RAISINS INTERNATIONAL, INC. | ) | |
| an Ontario, Canada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-12679-MLW |
| | ) | |
| OCEAN SPRAY CRANBERRIES, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____)


**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I caused the following document:

***Plaintiff's Supplemental Brief in Opposition to Defendant's Motion for***
***Summary Judgment of Noninfringement***

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an

e-notice of the electronic filing to the following:

| | |
|---|---|
| **John C. Adkisson** | adkisson@fr.com mla@fr.com |
| **William R Woodford** | woodford@fr.com lindner@fr.com |
| **Michael E. Zeliger** | zeliger@fr.com omeara@fr.com |


Dated: <u>May 1, 2006</u>           <u>s/Todd S. Werner</u>
                                     Todd S. Werner