

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

June 12, 2006

The Honorable Judge Wolf
United States District Court
For the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    Amazin' Raisins International, Inc. v. Ocean Spray Cranberries, Inc.
       Civil Action No. 1:04 –cv-12679-MLW

Dear Chief Judge Wolf:

We write concerning scheduling a technical tutorial for this case.  The Court may recall that Ocean Spray's lead counsel had a family health matter that interfered with the hearing scheduled for April 18th.  Upon joint request of the parties, the Court graciously cancelled that hearing.  The parties now wish to reschedule the hearing, at the Court's convenience.  Please be advised that the parties are available at any time during the week of June 26th and then again in mid to late August.  Thank you for your assistance with this matter.

Respectfully,


s/Michael Zeliger                              s/Christopher Sorenson
Michael E. Zeliger                             Christopher J. Sorenson
*Attorney for Defendant*                       *Attorney for Plaintiff*
*Ocean Spray Cranberries, Inc.*                *Amazin' Raisins International, Inc.*