UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AMAZIN' RAISINS INTERNATIONAL**

                                              CIVIL ACTION
V                                             NO. 04-12679-MLW

**OCEAN SPRAY CRANBERRIES**


NOTICE

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a SUMMARY JUDGMETN TUTORIAL on SEPTEMBER 11, 2006 at 2:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.


                                           SARAH THORNTON, CLERK


July 12, 2006                        By:   /s/ Dennis O'Leary

Date                                       Deputy Clerk



**Notice mailed to:**

(notice.frm - 10/96)                                           [ntchrgcnf.]