UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12679

| Amazing Raisins | Ocean Spray et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Gina McCreadie | Michael Zeliger |
| Christopher Sorenson | Wiliam Whitford |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Summary Judgment Tutorial |
|---|---|
| 9/8/06 | Court goes over the issues/questions to be addressed at today's tutorial with the parties. |
| | Court orders the defendant to produce a CD and hard copies of the exhibits displayed off the CD. Court marks chalk of displat as Exhibit 1. Court marks CD containing video evidence as exhibit 2. Court marks Scott affidavit as exhibit 3. Court marks Mantias patent as exhibit 4. Court schedules a hearing on the pending motion for summary judgment on October 10, 2006 at 2:30 PM. Court orders the parties to be available for the afternoon of October 11, 2006 as well if necessary.   Supplemental case law or statement not find any due by 9/25/2006. Parties should also report regarding settlement in the same report. |