```
AMAZING RAISINS INTERNATIONAL,  )
INC.,                           )
     Plaintiff,                 )
           v.                   )   Cr. No. 04-12679-MLW
                                )
OCEAN SPRAY CRANBERRIES, INC.,  )
     Defendant                  )
```

                            ORDER


WOLF, D.J.                                      September 11, 2006

    For the reasons stated in court on September 11, 2006, it is hereby ORDERED that:

    1.   A hearing on Plaintiff's Motion for Summary Judgment will be held on October 10, 2006, at 2:30 p.m. The parties shall be available, if necessary, to continue the hearing on the afternoon of October 11, 2006.

    2.   The parties shall, by September 25, 2006, confer further concerning settlement and report whether the case has been settled.

    3.   The parties shall, by September 25, 2006, inform the court of any recent case law developments in the Federal Circuit relevant to the Summary Judgment hearing or state that there are no new cases to be considered.


                                                  /s/     MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE