**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN SPRAY CRANBERRIES, INC., <br><br> Defendant. | Civil Action No. 1:04-cv-12679-MLW |

NOTICE OF FILING TECHNICAL TUTORIAL EXHIBIT 2

Pursuant to the Court's Order dated September 11, 2006, Ocean Spray Cranberries, Inc. hereby provides notice of filing Exhibit 2 to the Technical Tutorial. Exhibit 2 is a CD of the electronic presentation that counsel for Ocean Spray displayed during the technical tutorial on September 11, 2006. The CD itself as well as paper copies of screen shots of the same are being filed separately by hand.

Dated: September 13, 2006

/s/ Michael E. Zeliger
**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP**
Michael E. Zeliger (BBO # 633654)
State Street Financial Center
One Lincoln Street
Boston, MA  02111
(617) 261-3100 Telephone
(617) 261-3175 Facsimile

William R. Woodford (*pro hac vice*)
**FISH & RICHARDSON P.C.**
60 South Sixth Street
Suite 3300 Dain Rauscher Plaza
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile

*Attorneys for Defendant
Ocean Spray Cranberries, Inc.*

1