# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>                                    Defendant. | Civ. Action No. 04-12679-MLW |

## JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

Pursuant to the Court's Order dated September 11, 2006 (Docket Entry No. 95), the parties, Amazin' Raisins International, Inc. ("ARI") and Ocean Spray Cranberries, Inc. ("Ocean Spray") hereby report that they have not reached a settlement in this matter.

Respectfully submitted this 25th day of September, 2006.

| AMAZIN RAISINS INTERNATIONAL, INC. | OCEAN SPRAY CRANBERRIES, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Christopher J. Sorenson<br>Nicholas G. Papastavros (BBO #635742)<br>Gina M. McCreadie (BBO #661107)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>Telephone:  617-345-1000<br><br>Douglas J. Williams (MN #117353)<br>Christopher J. Sorenson (MN #210118)<br>Todd S. Werner (MN #033019X)<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eigth Street<br>Minneapolis, MN 55402<br>Telephone:  612-332-5300<br>Facsimile:  612-332-9081 | /s/ Michael E. Zeliger<br>Michael E. Zeliger (BBO #633654)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>State Street Financial Center<br>1 Lincoln Street<br>Boston, MA 02111-2950<br>Direct:  (617) 951-9153<br>Facsimile:  (617) 261-3175<br><br>William Woodford<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>Suite 3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402<br>(612) 335-5070 Telephone<br>(612) 288-9696 Facsimile |