UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12679

| Amazin Raisins | Ocean Spray |
|---|---|
| PLAINTIFF | DEFENDANT |
| Gina McCreadie | Michael Zeliger |
| Douglas Williams | William Woodford |
| Christopher Sorenson | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Summary Judgment Motion Hearing |
|---|---|
| 10/10/06 | Court takes up preliminary matters with counsel regarding the issue of confidentiality. Court marks book of panels from Ocean Spray's power point presentation as exhibit A for id purposes only. Court marks book of panels from Amazin Raisins power point presentation as exhibit B for id purposes. Court takes the matter under advisement. Court orders the parties to confer and report regarding settlement by 11:00 am tomorrow morning and whether they would like to see the judge. |
| | |