UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AMAZIN' RAISINS INTERNATIONAL, INC.**
    **Plaintiff**

    v.                                        C.A. No. 04-12679-MLW

**OCEAN SPRAY CRANBERRIES, INC.**
    **Defendants**


**JUDGMENT**

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order dated August 20, 2007 allowing the Defenadnt's Motion for Summary Judgment (Docket No. 55) in the above-referenced action, it is hereby ORDERED:

Judgment for the Defendant.


                                                      By the Court,

**August 20, 2007**                              /s/ Dennis O'Leary
Date                                            Deputy Clerk

(judge-sj.wpd - 12/98)                                                              [jgm.]