IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>    Defendant. | Civil Action No. 1:04-cv-12679-MLW |

## JOINT MOTION FOR BRIEFING SCHEDULE

On August 20, 2007 this Court granted summary judgment in favor of Ocean Spray Cranberries, Inc. ("Ocean Spray") (Docket No. 101) and on the same day entered judgment (Docket No. 102). On Tuesday, September 4, 2007, Ocean Spray will submit a timely motion to amend the judgment and seek an award of reasonable attorneys' fees. Without waiving any defenses, objections, or available remedies associated with the merits of the motion, the parties jointly request the following briefing schedule regarding that motion.

| | |
|---|---|
| Opening Brief: | Due September 14, 2007 |
| Opposition Brief: | Due October 15, 2007 |
| Reply Brief (of no more than 10 pages): | Due October 29, 2007 |

The parties request this schedule so that they may appropriately brief the subject and fully explore opportunities to resolve this dispute short of the Court's involvement. The parties further request, pursuant to Fed. R. Civ. P. 58(c), that the Court order that Ocean Spray's Motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59, thereby extending the time to appeal the judgment as allowed by the Rules.

Respectfully submitted this 30th day of August, 2007.

| By its attorneys, | By its attorneys, |
|---|---|
| /s/ Christopher J. Sorenson | /s/ Michael E. Zeliger |
| Nicholas G. Papastavros (BBO #635742) | Michael E. Zeliger (BBO #633654) |
| Gina M. McCreadie (BBO #661107) | KIRKPATRICK & LOCKHART |
| NIXON PEABODY LLP | PRESTON GATES ELLIS LLP |
| 100 Summer Street | State Street Financial Center |
| Boston, MA 02110 | 1 Lincoln Street |
| Telephone: 617-345-1000 | Boston, MA 02111-2950 |
| | Direct: (617) 951-9153 |
| | Facsimile: (617) 261-3175 |
| Christopher J. Sorenson (MN #210118) | |
| Todd S. Werner (MN #033019X) | William Woodford |
| MERCHANT & GOULD P.C. | FISH & RICHARDSON P.C. |
| 3200 IDS Center | 60 South Sixth Street |
| 80 South Eighth Street | Suite 3300 Dain Rauscher Plaza |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Telephone: 612-332-5300 | (612) 335-5070 Telephone |
| Facsimile: 612-332-9081 | (612) 288-9696 Facsimile |