# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMAZIN' RAISINS INTERNATIONAL, INC.,

      Plaintiff,

    v.

OCEAN SPRAY CRANBERRIES, INC.,

      Defendant.

Civil Action No. 1:04-cv-12679-MLW

## <u>DECLARATION OF MICHAEL E. ZELIGER, ESQ.</u>

I, Michael E. Zeliger, declare:

1.      I am a partner in the law firm of Kirkpatrick and Lockhart, Preston, Gates, Ellis ("K&L Gates"). For a period of time during this litigation, I was a principal in the law firm of Fish & Richardson P.C.

2.      I make this declaration of my own personal knowledge, and if called upon as a witness would testify to the facts set forth below.

3.      I served as lead counsel for the defendant in this action and was primarily responsible for the matter since it was transferred to this Court.

4.      I submit this declaration in support of Ocean Spray's motion for an award of reasonable attorneys' fees.

5.      In this declaration, I provide to the Court information relevant to those factors which various courts have indicated are appropriate for consideration in determining reasonable attorneys' fees in patent litigation disputes.

6.      I graduated from Cornell University with B.S. degree in 1992. I attended Vermont Law School where I received J.D. and M.S.E.L. degrees in 1996.

7.     I am certified in trial advocacy instruction by the Nation Institute for Trial Advocacy and I have served as an adjunct faculty member of the Boston University Law School where I taught trial advocacy with an emphasis on patent litigation.

8.     I have been specializing in intellectual property litigation, with an emphasis on patent litigation, for approximately nine years, first as an associate at Fish & Richardson, P.C., then as a principal with that firm and now as a partner at K&L Gates. During that time I have worked on more than thirty patent litigations and numerous other intellectual property litigations. I am currently lead trial counsel on approximately ten patent litigations.

9.     I was assisted throughout this litigation by William R. Woodford, an associate with Fish & Richardson, P.C.

10.     Mr. Woodford graduated from Marquette University with B.S. in Electrical Engineering in 1998. He received a J.D. from the University of Minnesota in 2002.

11.     Mr. Woodford has worked almost exclusively in intellectual property matters and specifically patent litigation since he began with Fish & Richardson in 2002.

12.     My hourly rate during this matter has ranged from $400 to $525. Mr. Woodford's hourly rate has ranged from $250 to $335.

13.     I am generally familiar with the hourly rates for patent litigators with similar ranges of skill and experience in this District. My rates and Mr. Woodford's rates have been commensurate with our peers during this time frame.

14.     I have reviewed, and attached as Exhibit A, the original invoices that Ocean Spray received from its counsel in connection with this matter. These records, to the best of my knowledge, accurately reflect the hours and fees indicated.

15.     I attach as Exhibit B a summary of the rates and fees invoiced to Ocean Spray associated with my and Mr. Woodford's work on this matter.

16.     In my opinion, the amount of time spent on Ocean Spray's behalf on this matter was reasonable, and indeed is less than average for a case of this complexity, length of time and potential exposure.

17.     This patent case has been pending for over five years.  Ocean Spray developed numerous defenses including noninfringement, invalidity, unenforceability and lack of ownership.  Issues of scientific fact needed to be analyzed and presented to the court, and issues of claim construction and patent law had to be briefed and decided by the Court.

18.     Ocean Spray's total fees incurred were modest for a patent case in Boston.

19.     The fee charged was hourly.

20.     The results obtained were excellent for Ocean Spray.

21.     As indicated above, the experience, reputation, and ability of Ocean Spray's attorneys were appropriate for this case.

22.     Because the fees requested are relatively low, Ocean Spray expects that fee awards in similar patent infringement cases would be significantly higher than those requested by Ocean Spray.

23.     In the interest of simplicity and in being conservative I have excluded all other fees and expenses incurred by Ocean Spray in defense of this matter.

Signed under penalties of perjury, this 14th day of September in Boston, Massachusetts.


/s/ Michael E. Zeliger
Michael E. Zeliger

# EXHIBIT A
# (Part 1 of 4)

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

October 25, 2004

Billed Through September 30, 2004

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    293291
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER



# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 293291

Services and disbursements brought forward

    Amazin' Raisins International v. Ocean Spray    $   13,469.14
        Cranberries, Inc. - 005LL1

# REDACTED

### FISH & RICHARDSON P.C.
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

October 25, 2004

Billed Through September 30, 2004

Ocean Spray Cranberries, Inc.                        Bill No.    293291
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                    Page 2
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                        Page 5
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 6
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 7
Bill No. 293291

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 8
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 10
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 11
Bill No. 293291

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 12
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 13
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 14
Bill No. 293291

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 15
Bill No. 293291

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 16
Bill No. 293291

# REDACTED

---

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| | | | Hours |
|---|---|---|---|
| ~~09/01/04~~ | ~~JCA~~ | ~~Work re transferring case, motion to transfer; review draft answer and counterclaims and provide comments re same~~ | ~~1.6~~ |
| 09/02/04 | WRW | File answer; work on corporate disclosure statement; teleconference with Richard O'Brien; teleconference with Tom Jones | 2.9 |
| ~~09/02/04~~ | ~~JCA~~ | ~~Finalize answer and counterclaim and conferences with WRWoodford re same; draft letter to Doug Williams at Merchant and Gould re motion to transfer; telephone conferences with opposing counsel (Mr. Doscotch) re same~~ | ~~2.2~~ |
| 09/03/04 | WRW | Work on motion to transfer | 3.1 |
| 09/07/04 | WRW | Work on motion to transfer | 7.6 |
| ~~09/07/04~~ | ~~JCA~~ | ~~Work re motion to transfer; review letter from opposing counsel (Mr. Doscotch) re transfer of case~~ | ~~0.8~~ |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 17
Bill No. 293291

| | | | Hours |
|---|---|---|---|
| 09/08/04 | WRW | Work on motion to transfer | 14.1 |
| 09/08/04 | JCA | Work re motion to transfer; review draft of motion to transfer to District of Massachusetts | 1.2 |
| 09/09/04 | WRW | Work on motion transfer | 10.1 |
| 09/09/04 | JCA | Work on draft of motion to transfer case to District of Massachusetts; interoffice conference with WRWoodford re same | 2.2 |
| 09/10/04 | JCA | Work re motion to transfer case to District of Massachusetts; interoffice conference with WRWoodford re same | 1.5 |
| 09/17/04 | JCA | Work re letter to Magistrate Judge Boylan re postponing Rule 16 settlement conference | 0.3 |

Total Services For This Matter                           $13,370.00

Disbursements and Charges:

For courthouse service - Metro Legal Services               23.00
Computer online searching Motion to transfer                69.55
Delivery charges                                             5.82
Photocopying                                                 0.40
Postage                                                      0.37

Total Disbursements and Charges                             $99.14

Total Due on Matter 00414.005LL1                         $13,469.14

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 18
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 19
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 29
Bill No. 293291

# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 21
Bill No. 293291

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 22
Bill No. 293291


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 23
Bill No. 293291

# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 24
Bill No. 293291

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 25
Bill No. 293291

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

November 12, 2004

Billed Through October 31, 2004

CN00414

Ocean Spray Cranberries, Inc.                     Bill No.     295188
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray        $    17,715.55
        Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

November 12, 2004

Billed Through October 31, 2004

Ocean Spray Cranberries, Inc.                    Bill No.    295188
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 2
Bill No. 295188


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|          |      |                                                                              | Hours |
|----------|------|------------------------------------------------------------------------------|-------|
| 10/06/04 | JCA  | Review Amazin' Raisins' response to motion to transfer; interoffice conference with WRWoodford re same | 0.3 |
| 10/07/04 | WRW  | Review brief in opposition to motion to transfer; work on reply brief in support of motion to transfer | 1.2 |
| 10/08/04 | WRW  | Teleconference with Mr. Mantius; work on reply brief in support of motion to transfer | 5.1 |
| 10/11/04 | WRW  | Work on reply brief in support of motion to transfer | 7.2 |
| 10/11/04 | JCA  | Interoffice conference with WRWoodford re reply brief and supplemental declaration | 0.5 |
| 10/12/04 | WRW  | Work on reply brief in support of motion to transfer | 10.9 |
| 10/13/04 | WRW  | Work on reply brief in support of motion to transfer | 9.2 |
| 10/13/04 | JCA  | Work on reply brief on Motion to Transfer; conferences with WRWoodford re same | 1.5 |
| 10/14/04 | WRW  | Work on reply brief in support of motion to transfer | 4.8 |
| 10/14/04 | JCA  | Work on reply memo to Ocean Spray's Motion to Transfer; interoffice conference with WRWoodford re same | 2.3 |
| 10/24/04 | WRW  | Prepare for hearing on motion to transfer | 1.7 |
| 10/25/04 | ANC  | Review briefs and declarations on motion to transfer; work with JCAdkisson and WRWoodford in preparation for argument; confer with WRWoodford in preparation for oral argument | 2.4 |
| 10/25/04 | JCA  | Meeting with WRWoodford, ANChaplin in preparation for 10/26 hearing before Judge Montgomery | 0.5 |
| 10/25/04 | WRW  | Prepare for hearing re motion to transfer | 5.8 |
| 10/26/04 | ANC  | Assist WRWoodford in preparation for motion to transfer hearing; attend hearing on motion to transfer; telephone conference with JCAdkisson re same | 2.0 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 3
Bill No. 295188

| | | | Hours |
|---|---|---|---|
| ~~10/26/04~~ | ~~JCA~~ | ~~Telephone conferences with WRWoodford, ANChaplin re hearing on motion to transfer before Judge Montgomery~~ | ~~0.9~~ |
| 10/26/04 | WRW | Prepare for hearing re motion to transfer; hearing re motion to transfer | 2.8 |
| ~~10/27/04~~ | ~~JCA~~ | ~~Telephone conference with Neil Bryson re motion to transfer hearing; interoffice conference with WRWoodford re response to Judge Montgomery~~ | ~~0.8~~ |
| 10/27/04 | WRW | Teleconference with Mr. Bryson re motion to transfer | 0.3 |
| 10/28/04 | WRW | Work on letter to Judge Montgomery re motion to transfer | 1.6 |
| ~~10/29/04~~ | ~~JCA~~ | ~~Work on letter to Judge Montgomery re motion to transfer; interoffice conference with WRWoodford re same~~ | ~~0.7~~ |
| 10/29/04 | WRW | Teleconference with opposing counsel; work on letter to Judge Montgomery re motion to transfer | 0.4 |

Total Services For This Matter                              ~~$17,534.00~~

Disbursements and Charges:

| | | |
|---|---|---|
| ~~Computer online searching Transfer counsel~~ | ~~148.67~~ | |
| ~~Search and retrieval of court documents (dockets & pleadings)~~ | ~~0.21~~ | |
| ~~Photocopying~~ | ~~29.20~~ | |
| ~~Postage~~ | ~~0.37~~ | |
| ~~Scanning documents into database~~ | ~~3.10~~ | |

~~Total Disbursements and Charges~~                          ~~$181.55~~

Total Due on Matter 00414.005LL1                           ~~$17,715.55~~

---

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 295188

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 295188

Page 5

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 295188

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 295188

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 295188

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 9
Bill No. 295188

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

December 23, 2004

Billed Through November 30, 2004

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    299502
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray        $      772.10
        Cranberries, Inc. - 005LL1


## REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO 04-3254521

December 23, 2004

Billed Through November 30, 2004

Ocean Spray Cranberries, Inc.                    Bill No.    299502
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 2
Bill No. 299502

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|            |      |                                                      | Hours |
|------------|------|------------------------------------------------------|-------|
| 11/02/04   | JJG  | Work on matter                                       | 0.3   |
| 11/15/04   | WRW  | Review order granting motion to transfer             | 0.4   |
| 11/15/04   | JCA  | Review Judge Montgomery's Order transferring venue to the District of Massachusetts; interoffice conference with WRWoodford re same | 0.7   |
| 11/16/04   | JJG  | Work on general matter                               | 0.5   |

Total Services For This Matter                                    $772.00

Disbursements and Charges:

Scanning documents into database                        0.10

Total Disbursements and Charges                              $0.10

Total Due on Matter 00414.005LL1                            $772.10

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 299502

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 299502

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 299502

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 6
Bill No. 299502

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 299502

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

January 31, 2005

Billed Through December 31, 2004

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    302876
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


    Amazin' Raisins International v. Ocean Spray        $    2,480.00
        Cranberries, Inc. - 005LL1


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 302876

Services and disbursements brought forward

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

January 31, 2005

Billed Through December 31, 2004

Ocean Spray Cranberries, Inc.                    Bill No.    302876
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 2
Bill No. 302876


# REDACTED


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|          |     |                                                              | Hours |
|----------|-----|--------------------------------------------------------------|-------|
| 12/03/04 | MEZ | Work on correspondence re transfer and opinion               | 0.8   |
| 12/06/04 | MEZ | Work on correspondence re procedural history; work on review of transfer papers; review opinion letter | 1.8   |
| 12/07/04 | MEZ | Work on correspondence re transfer of case to D. Mass.; work on review of Mantius patent | 1.6   |
| 12/08/04 | MEZ | Work on inquiry re status of transfer                        | 0.1   |
| 12/10/04 | MEZ | Work on review of Amazin patent                              | 0.1   |
| 12/14/04 | MEZ | Work on correspondence re transfer of case to D. Mass.       | 0.1   |
| 12/15/04 | MEZ | Work on correspondence re background of dispute              | 0.3   |
| 12/17/04 | MEZ | Work on correspondence re litigation strategy                | 0.2   |
| 12/20/04 | MEZ | Work on search re judge assignment                           | 0.1   |
| 12/23/04 | MEZ | Work on correspondence re assignment of Judge Wolf           | 0.6   |
| 12/30/04 | MEZ | Work on correspondence re judge assignment; work on notice of appearance | 0.5   |

Total Services For This Matter                                    $2,480.00

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 3
Bill No. 302876


        Total Due on Matter 00414.005LL1                    $2,480.00



**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 302876

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 5
Bill No. 302876

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                              Page 6
Bill No. 302876

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 302876

Page 7

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 302876

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 302876

Page 9

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 10
Bill No. 302876

—

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 11
Bill No. 302876

REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

February 24, 2005

Billed Through January 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    305312
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

        Amazin' Raisins International v. Ocean Spray        $       799.34
            Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER ID NO 04-3254521

February 24, 2005

Billed Through January 31, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    305312
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 01/03/05 | MEZ | Work on filing notice of appearance | 0.2 |
| 01/04/05 | MEZ | Work on correspondence re notice of appearance and motion for pro hac vice admission | 0.2 |
| 01/19/05 | MEZ | Review notice of appearance | 0.1 |
| ~~01/19/05~~ | ~~DMP~~ | ~~Work on case management~~ | ~~0.5~~ |
| 01/25/05 | WRW | Work on motion for admission pro hac vice | 0.5 |
| 01/25/05 | MEZ | Work on motion for pro hac vice admission | 0.1 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 2
Bill No. 305312

|            |      |                                          | Hours |
|------------|------|------------------------------------------|-------|
| 01/26/05   | MEZ  | Work on pro hac vice motion              | 0.1   |
| 01/27/05   | MEZ  | Work on correspondence re pro hac vice   | 0.2   |
|            |      | admission                                |       |
| 01/27/05   | DMP  | Work on case management                  | 0.2   |

        Total Services For This Matter                            $626.50

Disbursements and Charges:

        Clerk, Superior Court, to file                50.00
        Motion to Admit Pro Vac Vice
        Obtain copy(s) of patents                      9.90
        Search and retrieval of court                  4.05
        documents (dockets & pleadings)
        Courier mail charges                           8.49
        Delivery charges                              30.00
        Photocopying                                  70.40

        Total Disbursements and Charges                          $172.04

        Total Due on Matter 00414.005LL1                         $799.34


# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 305312

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 4
Bill No. 305312

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 305312

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 305312

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 7
Bill No. 305312

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

March 18, 2005

Billed Through February 28, 2005

CN00414

Ocean Spray Cranberries, Inc.                          Bill No.    307812
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray     $      306.99
       Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521


March 18, 2005

Billed Through February 28, 2005

Ocean Spray Cranberries, Inc.                          Bill No.    307812
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

---

# REDACTED

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:   00414.005LL1

Professional Services:

|          |     |                                                              | Hours |
|----------|-----|--------------------------------------------------------------|-------|
| 02/02/05 | MEZ | Work on correspondence re plaintiff's motions for pro hac vice admission | 0.2 |
| 02/04/05 | MEZ | Review electronic transaction from the Court regarding recent filings | 0.1 |
| 02/07/05 | MEZ | Work on correspondence re pro hac motions | 0.1 |
| ~~02/07/05~~ | ~~DMP~~ | ~~Work on setting up case on intranet~~ | ~~0.2~~ |
| 02/08/05 | MEZ | Review new pleadings re pro hac vice admission | 0.1 |
| 02/16/05 | MEZ | Review pro hac vice motion for additional Amazin counsel | 0.1 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 2
Bill No. 307812


        Total Services For This Matter                          $298.50

Disbursements and Charges:

        Courier mail charges                           8.49

        Total Disbursements and Charges                          $8.49

        Total Due on Matter 00414.005LL1                        $306.99


# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                              Page 3
Bill No. 307812

# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 4
Bill No. 307812

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 307812

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                             Page 6
Bill No. 307812

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

April 22, 2005

Billed Through March 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    311923
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


Amazin' Raisins International v. Ocean Spray          $      324.08
    Cranberries, Inc. - 005LL1


# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 311923

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

April 22, 2005

Billed Through March 31, 2005

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Bill No.    311923

Attention: Mr. Neil Bryson, Esq.

# REDACTED

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                         Page 2
Bill No. 311923

---

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|            |     |                                                          | Hours |
|------------|-----|----------------------------------------------------------|-------|
| 03/10/05   | WRW | Review notice of scheduling conference                   | 0.2   |
| 03/10/05   | MEZ | Review notice of scheduling conference and work on correspondence re same | 0.3   |
| 03/14/05   | MEZ | Work on correspondence re discovery requests             | 0.1   |
| 03/31/05   | MEZ | Work on telephone conference with opposing counsel pursuant to Rule 16.1 | 0.2   |

        Total Services For This Matter                              $324.00

Disbursements and Charges:

~~Search and retrieval of court~~          ~~0.00~~
~~documents (dockets & pleadings)~~

~~Total Disbursements and Charges~~                    ~~$0.00~~

        Total Due on Matter 00414.005LL1            ~~$324.00~~

---

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 3
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                          Page 4
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 311923


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 311923


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 7
Bill No. 311923

**REDACTED**

# EXHIBIT A
# (Part 2 of 4)

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 8
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 10
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 11
Bill No. 311923

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                    Page 12
Bill No. 311923

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

May 31, 2005

Billed Through April 30, 2005

CN00414

Ocean Spray Cranberries, Inc.                     Bill No.    316674
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


    Amazin' Raisins International v. Ocean Spray          $      9,657.80
       Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

May 31, 2005

Billed Through April 30, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    316674
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

# REDACTED

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/01/05 | WRW | Review proposed schedule and protective order | 0.9 |
| 04/11/05 | MEZ | Work on preparation for scheduling conference | 0.2 |
| 04/11/05 | WRW | Work on 26(f) report and proposed protective order | 0.3 |
| 04/13/05 | WRW | Work on initial disclosures | 0.5 |
| 04/14/05 | MEZ | Work on correspondence re joint status report | 0.2 |
| 04/14/05 | WRW | Work on initial disclosures; work on first set of interrogatories | 6.1 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 2
Bill No. 316674

| Date | | Description | Hours |
|---|---|---|---|
| 04/15/05 | WRW | Work on joint 26(f) report; work on LR 16(d)(3) certification | 1.2 |
| 04/15/05 | MEZ | Work on joint status report and discovery requests | 0.5 |
| 04/17/05 | WRW | Work on first set of interrogatories; work on first set of requests for production | 4.6 |
| 04/18/05 | WRW | Work on first set of interrogatories; work on first set of requests for production | 2.1 |
| 04/18/05 | MEZ | Work on correspondence re discovery responses | 0.2 |
| 04/19/05 | MEZ | Work on protective order; review correspondence re discovery responses | 0.3 |
| 04/19/05 | WRW | Work on protective order | 0.2 |
| 04/20/05 | MEZ | Work on stipulated protective order; work on discovery requests | 2.0 |
| 04/20/05 | DMP | Work on review of case material | 0.2 |
| 04/21/05 | MEZ | Work on discovery requests; work on preparation for scheduling conference | 0.8 |
| 04/21/05 | WRW | Work on first set of interrogatories and first set of requests for production | 0.7 |
| 04/21/05 | JJG | Work on matter | 1.0 |
| 04/22/05 | MEZ | Work on preparation for attending scheduling conference | 4.1 |
| 04/22/05 | WRW | Correspondence with opposing counsel re discovery | 0.3 |
| 04/25/05 | MEZ | Work on correspondence re scheduling conference | 0.4 |
| 04/25/05 | WRW | Review Plaintiffs' first set of interrogatories and requests for production | 0.3 |
| 04/29/05 | WRW | Review scheduling order | 0.1 |
| 04/29/05 | MEZ | Work on correspondence re strategy and scheduling order | 0.2 |

Total Services For This Matter                               $9,644.00

Disbursements and Charges:

Photocopying                                      13.80

Total Disbursements and Charges                        $13.80

Total Due on Matter 00414.005LL1                      $9,657.80

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 316674

Page 3

**REDACTED**

———————————————

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 316674

Page 4

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 316674

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 6
Bill No. 316674

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 316674


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                    Page 8
Bill No. 316674

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE (617) 542-5070
TAXPAYER I.D NO 04-3254521

June 28, 2005

Billed Through May 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                          Bill No.     319836
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray          $     7,675.88
       Cranberries, Inc. - 005LL1


# REDACTED

## FISH & RICHARDSON P.C.

225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

June 28, 2005

Billed Through May 31, 2005

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Bill No.    319836

Attention: Mr. Neil Bryson, Esq.

# REDACTED

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| | | | Hours |
|---|---|---|---|
| 05/02/05 | MEZ | Work on correspondence re corporate disclosures | 0.1 |
| 05/03/05 | MEZ | Work on correspondence re disqualification issue | 0.2 |
| 05/05/05 | MEZ | Work on meeting and correspondence re litigation strategy; work on discovery strategy and correspondence re same | 1.6 |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 2
Bill No. 319836

|            |     |                                                                                           | Hours |
|------------|-----|-------------------------------------------------------------------------------------------|-------|
| 05/05/05   | WRW | Telephone conference with Ms. Sharenow re discovery                                        | 1.1   |
| 05/06/05   | MEZ | Work on correspondence re potential conflict of interest                                   | 0.2   |
| 05/13/05   | MEZ | Work on correspondence re discovery responses                                             | 0.1   |
| 05/16/05   | MEZ | Work on correspondence re discovery responses                                             | 0.1   |
| 05/17/05   | MEZ | Work on correspondence re discovery responses                                             | 0.1   |
| 05/18/05   | WRW | Work on responses to ARI's first set of interrogatories and first set of requests for production | 3.5 |
| 05/19/05   | MEZ | Work on correspondence re discovery responses                                             | 1.2   |
| 05/19/05   | WRW | Work on responses to ARI's first set of interrogatories and first set of requests for production | 7.3 |
| 05/20/05   | MEZ | Work on correspondence re discovery responses                                             | 0.2   |
| 05/21/05   | WRW | Work on responses to ARI's first set of interrogatories and first set of document requests | 3.1 |
| 05/23/05   | MEZ | Work on correspondence and discovery responses                                           | 0.8   |
| 05/23/05   | WRW | Work on responses to ARI's first set of interrogatories and first set of document requests | 2.8 |
| 05/24/05   | MEZ | Work on correspondence re discovery responses                                             | 0.1   |
| 05/25/05   | MEZ | Work on correspondence re discovery responses                                             | 0.2   |
| 05/25/05   | WRW | Review ARI's responses to first set of interrogatories and document requests              | 0.5   |

Total Services For This Matter                                        $7,646.00

Disbursements and Charges:

Search and retrieval of court          2.24
documents (dockets & pleadings)
Courier mail charges                   6.69
Delivery charges                       7.50
Photocopying                          10.20
Scanning documents into database       1.35

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 3
Bill No. 319836

~~Total Disbursements and Charges~~                               ~~$29.88~~

Total Due on Matter 00414.005LL1                               ~~$7,675.88~~


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 319836

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 319836

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 319836

Page 6

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 319836

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 319836

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 319836

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D NO 04-3254521

July 28, 2005

Billed Through June 30, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    323144
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray       $    2,353.57
        Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

July 28, 2005

Billed Through June 30, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    323144
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

---

**REDACTED**

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|          |     |                                              | Hours |
|----------|-----|----------------------------------------------|-------|
| 06/06/05 | WRW | Telephone conference with opposing counsel re discovery | 0.5 |
| 06/07/05 | MEZ | Work on correspondence re discovery responses | 0.1 |
| 06/09/05 | MEZ | Work on correspondence re discovery responses | 0.1 |
| 06/14/05 | MEZ | Work on correspondence re discovery matters | 0.2 |
| 06/17/05 | MEZ | Work on correspondence re discovery matters | 0.1 |

### FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 2
Bill No. 323144

| | | | Hours |
|---|---|---|---|
| 06/20/05 | MEZ | Work on correspondence re discovery responses | 0.3 |
| 06/21/05 | MEZ | Work on correspondence and strategy re discovery responses | 0.6 |
| 06/21/05 | WRW | Telephone conference with Ms. Sharenow | 0.8 |
| 06/23/05 | MEZ | Work on correspondence re prior art and inspection | 0.2 |
| 06/24/05 | MEZ | Work on preparation for plant inspection | 0.2 |
| 06/29/05 | MEZ | Work on correspondence re document production | 0.4 |
| ~~06/29/05~~ | ~~JJG~~ | ~~Work on matter~~ | ~~0.6~~ |
| 06/30/05 | MEZ | Work on correspondence re inspection and document production | 0.5 |
| 06/30/05 | WRW | Draft letter to Mr. Doscotch re discovery issues | 0.5 |
| ~~06/30/05~~ | ~~JJG~~ | ~~Work on matter~~ | ~~0.6~~ |

Total Services For This Matter                              ~~$2,346.00~~

Disbursements and Charges:

~~Search and retrieval of court~~          ~~2.32~~
~~documents (dockets & pleadings)~~
~~Facsimile~~                             ~~5.25~~

~~Total Disbursements and Charges~~                       ~~$7.57~~

Total Due on Matter 00414.005LL1                      ~~$2,353.57~~

# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                Page 3
Bill No. 323144

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 4
Bill No. 323144


# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 5
Bill No. 323144

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 323144

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 7
Bill No. 323144

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 323144

**REDACTED**

FISH & RICHARDSON P.C.      .

Ocean Spray Cranberries, Inc.                              Page 9
Bill No. 323144

# REDACTED

FISH & RICHARDSON P.C.
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

August 30, 2005

Billed Through July 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                          Bill No.    326988
One Ocean Spray Drive
Lakeville-Middleboro, MA    02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


    Amazin' Raisins International v. Ocean Spray        $    8,583.84
        Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO 04-3254521

August 30, 2005

Billed Through July 31, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    326988
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

---

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | | Description | Hours |
|---|---|---|---|
| ~~07/01/05~~ | ~~DMP~~ | ~~Work on document production~~ | ~~0.9~~ |
| 07/01/05 | MEZ | Work on correspondence re document production | 0.2 |
| ~~07/05/05~~ | ~~DMP~~ | ~~Work on document production~~ | ~~3.6~~ |
| 07/05/05 | MEZ | Work on correspondence re inspections and document productions | 0.2 |
| 07/07/05 | MEZ | Work on correspondence re various discovery issues | 0.4 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 2
Bill No. 326988

| Date | | | Hours |
|------|------|------|------|
| 07/11/05 | MEZ | Work on document production | 0.2 |
| 07/11/05 | DMP | Work on document production | 5.8 |
| 07/12/05 | MEZ | Work on correspondence re document production | 0.1 |
| 07/12/05 | DMP | Work on document production | 1.1 |
| 07/13/05 | DMP | Work on document production | 0.4 |
| 07/13/05 | MEZ | Work on correspondence re plant inspection | 0.3 |
| 07/14/05 | MEZ | Work on correspondence re document production | 0.1 |
| 07/14/05 | DMP | Work on document production | 3.4 |
| 07/15/05 | MEZ | Work on correspondence re document production and inspection | 0.3 |
| 07/15/05 | DMP | Work on document production | 5.1 |
| 07/18/05 | MEZ | Work on correspondence re document production | 0.4 |
| 07/18/05 | DMP | Work on document production | 5.1 |
| 07/19/05 | DMP | Work on document production | 3.2 |
| 07/20/05 | DMP | Work on document production | 0.3 |
| 07/21/05 | MEZ | Work on correspondence re plant inspection | 0.1 |
| 07/31/05 | DMP | Work on document production | 2.2 |
| 07/25/05 | MEZ | Work on preparation for inspecting the SDC line and meeting with potential witnesses | 4.0 |
| 07/29/05 | WRW | Letter to opposing counsel re inspection dates | 0.3 |

Total Services For This Matter                          $6,553.50

Disbursements and Charges:

| | |
|------|------|
| For copies of Ocean Spray's document production - Ikon Office Solutions | 343.04 |
| For copies of Ocean Spray's document production - Ikon Office Solutions | 1,022.49 |
| For copies of Ocean Spray's document production - Ikon Office Solutions | 541.29 |
| Courier mail charges | 117.26 |
| Photocopying | 1.00 |
| Facsimile | 5.25 |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 326988

~~Total Disbursements and Charges~~                     ~~$2,030.34~~

Total Due on Matter 00414.005LL1                      ~~$8,583.04~~

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 4
Bill No. 326988

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 326988


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 326988

**REDACTED**

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

September 28, 2005

Billed Through August 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    329737
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


    Amazin' Raisins International v. Ocean Spray        $    3,106.35
        Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I D NO. 04-3254521

September 28, 2005

Billed Through August 31, 2005

Ocean Spray Cranberries, Inc.                                      Bill No.    329737
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

# REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                      Page 2
Bill No. 329737


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 08/07/05 | MEZ | Review correspondence re plant inspection | 0.1 |
| 08/09/05 | MEZ | Work on correspondence re plant inspection | 0.2 |
| 08/15/05 | MEZ | Work on discovery strategy | 0.1 |
| 08/16/05 | MEZ | Work on correspondence re plaintiff's new counsel | 0.1 |
| 08/17/05 | MEZ | Work on correspondence re plant inspection and depositions | 0.4 |
| 08/17/05 | WRW | Review ARI and Ocean Spray interrogatory answers; work on letter to opposing counsel re discovery | 1.3 |
| 08/18/05 | MEZ | Work on correspondence re discovery | 0.1 |
| 08/18/05 | WRW | Work on letter to opposing counsel re discovery; review ARI interrogatory answers; review ARI requests for production of documents | 1.1 |
| 08/19/05 | MEZ | Work on correspondence re discovery matters | 0.2 |
| 08/19/05 | WRW | Work on letter to opposing counsel | 0.2 |
| 08/22/05 | MEZ | Work on correspondence re discovery | 0.5 |
| 08/22/05 | WRW | Telephone conference with opposing counsel re discovery issues | 1.6 |
| 08/23/05 | MEZ | Work on correspondence re various discovery issues | 0.3 |
| 08/23/05 | WRW | Review correspondence from opposing counsel | 0.2 |
| 08/24/05 | MEZ | Work on correspondence re inspections | 0.1 |
| 08/25/05 | MEZ | Work on correspondence re discovery | 0.1 |
| 08/30/05 | MEZ | Review Court order re attorney admission | 0.1 |

Total Services For This Matter                                     $2,332.00

Disbursements and Charges:

~~For copies of Ocean Spray's          738.99~~
~~document production - Ikon Office~~
~~Solutions~~
~~Courier mail charges                  29.86~~
~~Facsimile                             5.50~~

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 329737

~~Total Disbursements and Charges~~                              ~~$774.35~~

    Total Due on Matter 00414.005LL1                      ~~$3,106.35~~

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 4
Bill No. 329737

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                    Page 5
Bill No. 329737

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 6
Bill No. 329737

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 329737

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

October 20, 2005

Billed Through September 30, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.     333286
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

Services and disbursements brought forward

Amazin' Raisins International v. Ocean Spray          $     2,354.25
     Cranberries, Inc. - 005LL1

**REDACTED**

Payment Due Upon Receipt
Wire Transfer Information:  Bank of America ABA No. 0260-0959-3 Account No. 511-43170 Swift Code: BOFAUS3N
ACH Transfer Information:  Bank of America ABA No. 011000138 Account No. 511-43170

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

October 20, 2005

Billed Through September 30, 2005

Ocean Spray Cranberries, Inc.                              Bill No.    333286
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 2
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc                                    Page 3
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 4
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 5
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 6
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 7
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                    Page 10
Bill No. 333286

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 11
Bill No. 333286

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 12
Bill No. 333286


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

Page 13

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 14
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 15
Bill No. 333286

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 16
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 17
Bill No. 333286


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | | Description | Hours |
|------|------|-------------|-------|
| 09/06/05 | WRW | Work on letter to opposing counsel re discovery | 0.6 |
| 09/07/05 | WRW | Work on letter to opposing counsel re discovery | 0.2 |
| 09/12/05 | MEZ | Work on correspondence and strategy re plant inspections | 0.2 |
| 09/13/05 | MEZ | Work on correspondence re plant inspections | 0.3 |
| 09/13/05 | WRW | Telephone conference with opposing counsel re discovery | 0.3 |
| 09/14/05 | MEZ | Work on correspondence re strategy | 0.4 |
| 09/16/05 | MEZ | Work on correspondence re claim construction exchange | 0.1 |
| 09/29/05 | MEZ | Work on review of plaintiff's infringement contentions; work on correspondence re same | 0.8 |
| ~~09/29/05~~ | ~~MSF~~ | ~~Work on document review~~ | ~~0.7~~ |
| 09/30/05 | WRW | Review supplemental interrogatory responses | 0.2 |
| ~~09/30/05~~ | ~~MSF~~ | ~~Work on document review~~ | ~~3.8~~ |
| 09/30/05 | MEZ | Work on correspondence re document production | 0.3 |

        Total Services For This Matter                    ~~$2,349.00~~

Disbursements and Charges:

        ~~Facsimile~~                              ~~5.25~~

        ~~Total Disbursements and Charges~~                ~~$5.25~~

        Total Due on Matter 00414.005LL1             ~~$2,354.25~~

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

Page 18

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 19
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

Page 20

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 22
Bill No. 333286

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 333286

Page 23

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 24
Bill No. 333286

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

November 21, 2005

Billed Through October 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                  Bill No.    337539
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER

    Amazin' Raisins International v. Ocean Spray      $    16,531.71
      Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

November 21, 2005

Billed Through October 31, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    337539
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                    Page 2
Bill No. 337539

# REDACTED

---

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/03/05 | MEZ | Work on correspondence re prior art analysis | 0.2 |
| ~~10/03/05~~ | ~~MSF~~ | ~~Work on document review~~ | ~~3.3~~ |
| 10/05/05 | MEZ | Work on correspondence re new pleadings | 0.1 |
| 10/06/05 | MEZ | Work on correspondence re prior art defenses | 0.2 |
| ~~10/06/05~~ | ~~MSF~~ | ~~Telephone conference with Mr. Mantius re: prior art; review of prior art~~ | ~~0.4~~ |
| ~~10/07/05~~ | ~~MSF~~ | ~~Telephone conference with Mr. Mantius re: invalidating prior art; review of suggested invalidating prior art~~ | ~~0.9~~ |
| 10/07/05 | MEZ | Work on correspondence re prior art study | 0.1 |
| 10/11/05 | MEZ | Work on correspondence re discovery strategy; work on defense strategy | 1.3 |
| ~~10/11/05~~ | ~~MSF~~ | ~~Search and review of prior art patents; prepare Rule 30(b)(6) deposition notice; prepare claim chart comparing patent claim to prior art~~ | ~~2.5~~ |
| 10/11/05 | WRW | Review correspondence from opposing counsel; work on supplemental interrogatory responses | 0.4 |
| 10/12/05 | MEZ | Work on correspondence re discovery matters | 0.3 |
| ~~10/12/05~~ | ~~MSF~~ | ~~Create claim chart to compare asserted claim against possibly invalidating prior art~~ | ~~1.9~~ |
| 10/12/05 | WRW | Work on letter to opposing counsel; review Ocean Spray production documents | 1.2 |
| 10/14/05 | MEZ | Work on correspondence re discovery responses | 0.5 |
| ~~10/14/05~~ | ~~JYS~~ | ~~Computer online search re prior art for Dried Fruit~~ | ~~1.9~~ |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 337539

|  |  |  | Hours |
|---|---|---|---|
| 10/17/05 | MSF | Review prior art search results | 1.4 |
| 10/17/05 | MEZ | Work on correspondence re discovery scheduling | 0.5 |
| 10/18/05 | MSF | Review prior art search results | 0.3 |
| 10/18/05 | MEZ | Work on correspondence and strategy re discovery | 1.3 |
| 10/19/05 | MEZ | Work on correspondence re discovery scheduling | 1.0 |
| 10/19/05 | WRW | Telephone conference with opposing counsel re discovery; work on supplemental interrogatory responses | 5.4 |
| 10/20/05 | MSF | Review of prior art patents re: dried, infused fruit pieces | 0.6 |
| 10/20/05 | MEZ | Work on correspondence re discovery | 0.3 |
| 10/20/05 | WRW | Work on supplemental interrogatory responses | 1.8 |
| 10/21/05 | WRW | Work on supplemental interrogatory responses; work on letter to opposing counsel re discovery | 3.4 |
| 10/24/05 | MEZ | Work on correspondence re discovery and bifurcation | 0.6 |
| 10/24/05 | WRW | Work on letter to opposing counsel re discovery; work on supplemental interrogatory answers | 5.2 |
| 10/25/05 | WRW | Telephone conference with opposing counsel; work on letter to opposing counsel re discovery | 1.6 |
| 10/25/05 | MEZ | Work on correspondence and strategy re discovery | 0.8 |
| 10/26/05 | MSF | Work on supplemental response to interrogatories | 0.4 |
| 10/26/05 | WRW | Work on joint report re settlement and mediation; telephone conference with opposing counsel | 3.4 |
| 10/26/05 | JEH | Work on review of document production; attend team meeting; review correspondence; update litigation server | 2.1 |
| 10/26/05 | SXV | Attend case briefing; work on case document organization | 0.9 |
| 10/26/05 | MEZ | Work on correspondence and supplemental discovery responses | 1.3 |
| 10/27/05 | WRW | Telephone conference with Ms. Sharenow; work on joint report re settlement; review Ocean Spray process documents; review ARI motion to compel | 3.2 |
| 10/27/05 | JEH | Work on updating litigation server; work on review of correspondence | 0.7 |
| 10/27/05 | SXV | Work on preparing documents for attorney and for legal team | 0.6 |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 337539

|            |      |                                                          | Hours |
|------------|------|----------------------------------------------------------|-------|
| 10/31/05   | MEZ  | Work on correspondence and strategy re discovery         | 0.9   |
| 10/31/05   | MSF  | Telephone conference with MEZeliger and WRWoodford re opposing motion to compel damages discovery documents | 0.7 |
| 10/31/05   | WRW  | Team meeting re response to ARI's motion to compel        | 0.5   |

Total Services For This Matter                                      $15,696.00

Disbursements and Charges:

| Computer search re prior art Dried Fruit | 822.71 |
|------------------------------------------|--------|
| Photocopying                             | 2.00   |
| Facsimile                                | 11.00  |

Total Disbursements and Charges                                     $835.71

Total Due on Matter 00414.005LL1                                    $16,531.71

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 5
Bill No. 337539

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 6
Bill No. 337539

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 337539

Page 7

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                              Page 8
Bill No. 337539

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 9
Bill No. 337539

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

December 14, 2005

Billed Through November 30, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    339884
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


        Amazin' Raisins International v. Ocean Spray      $    43,984.23
            Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D NO 04-3254521

December 14, 2005

Billed Through November 30, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    339884
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                              Page 2
Bill No. 339884


# REDACTED


---

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | | Description | Hours |
|---|---|---|---|
| 11/01/05 | MEZ | Work on correspondence re motion for protective order; work on opposition to motion to compel | 1.5 |
| 11/01/05 | MSF | Draft memo in opposition to motion to compel and in support of a protective order | 3.3 |
| 11/01/05 | WRW | Correspond with opposing counsel re meet and confer on discovery issues | 0.9 |
| 11/01/05 | JEH | Work on Ocean Spray document production; work on updating litigation server | 1.3 |

# EXHIBIT A
# (Part 3 of 4)

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 339884

| | | | Hours |
|---|---|---|---|
| ~~11/02/05~~ | ~~MSF~~ | ~~Work on order of proof outline for depositions~~ | ~~1.6~~ |
| 11/02/05 | MEZ | Work on correspondence and strategy re discovery and summary judgment briefing | 0.3 |
| 11/02/05 | WRW | Telephone conference with opposing counsel re discovery | 0.6 |
| ~~11/02/05~~ | ~~JEH~~ | ~~Work on Ocean Spray document production; work on updating litigation server~~ | ~~0.8~~ |
| ~~11/02/05~~ | ~~EMJ~~ | ~~Work on document production~~ | ~~1.9~~ |
| 11/03/05 | MEZ | Review correspondence re document production | 0.3 |
| ~~11/03/05~~ | ~~MSF~~ | ~~Work on order of proof outline~~ | ~~0.9~~ |
| 11/03/05 | WRW | Work on letter to opposing counsel re proposed modification of scheduling order; work on supplemental interrogatory responses | 2.2 |
| 11/04/05 | MEZ | Work on correspondence re schedule | 0.2 |
| 11/04/05 | WRW | Travel to Tomah (3.0); correspond with opposing counsel re discovery and plant inspection; review resume of ARI expert | 3.5 |
| 11/06/05 | WRW | Research unintentional abandonment | 1.6 |
| 11/07/05 | WRW | Meet with various Ocean Spray employees re manufacturing process; review Ocean Spray documents; tour manufacturing facility | 8.7 |
| 11/07/05 | MEZ | Work on correspondence re inspection | 0.2 |
| 11/08/05 | WRW | Attend plant inspection by opposing counsel; review photographs of manufacturing process; travel to Minneapolis (3.0) | 6.8 |
| 11/08/05 | MEZ | Work on correspondence re plant inspection | 0.5 |
| ~~11/09/05~~ | ~~MSF~~ | ~~Work on responses to 30(b)(6) notice~~ | ~~1.6~~ |
| 11/09/05 | WRW | Telephone conference with opposing counsel re discovery; work on supplemental interrogatory responses; work on summary of Tomah manufacturing process | 6.6 |
| 11/09/05 | MEZ | Work on strategy re discovery and summary judgment | 1.1 |
| ~~11/09/05~~ | ~~JEH~~ | ~~Work on updating litigation server~~ | ~~0.4~~ |
| ~~11/10/05~~ | ~~MSF~~ | ~~Work on editing objections to 30(b)(6) notice~~ | ~~0.1~~ |
| 11/10/05 | WRW | Telephone conference with Ms. Sharenow; work on supplemental interrogatory responses; research re unintentional abandonment | 5.8 |
| 11/10/05 | MEZ | Work on correspondence and strategy re discovery and summary judgment; work on | 1.8 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                              Page 4
Bill No. 339884

|          |     |                                                                                                              | Hours |
|----------|-----|--------------------------------------------------------------------------------------------------------------|-------|
|          |     | review of supplemental discovery responses                                                                   |       |
| 11/11/05 | WRW | Telephone conference with Mr. Scott; work on supplemental interrogatory responses                            | 3.9   |
| 11/11/05 | MEZ | Work on correspondence and strategy re supplemental discovery responses                                      | 0.3   |
| 11/13/05 | WRW | Work on joint motion to modify scheduling order                                                              | 0.9   |
| 11/14/05 | MEZ | Work on correspondence re joint motion to amend the schedule                                                 | 0.6   |
| 11/14/05 | WRW | Work on joint motion to modify scheduling order                                                              | 0.4   |
| 11/15/05 | MEZ | Work on correspondence re motion to amend schedule                                                           | 0.2   |
| 11/16/05 | MEZ | Work on correspondence re joint motion and supplemental discovery responses                                  | 0.5   |
| 11/16/05 | JEH | Work on case file maintenance; work on document production                                                   | 1.1   |
| 11/17/05 | JNH | Work on document production                                                                                   | 1.0   |
| 11/17/05 | MSF | Work on document review                                                                                       | 3.3   |
| 11/17/05 | MEZ | Work on correspondence re discovery and schedule; work on strategy re motion to amend the schedule           | 0.6   |
| 11/17/05 | WRW | Telephone conference with opposing counsel re joint motion to modify scheduling order; work on joint motion to modify scheduling order | 1.0   |
| 11/17/05 | JEH | Work on document production                                                                                   | 0.7   |
| 11/18/05 | MSF | Work on document review                                                                                       | 0.3   |
| 11/18/05 | MEZ | Work on summary judgment motion                                                                               | 4.2   |
| 11/20/05 | JNH | Work on document production                                                                                   | 0.4   |
| 11/21/05 | MSF | Work on document review                                                                                       | 1.5   |
| 11/21/05 | MEZ | Work on claim construction brief; work on supplemental document production                                   | 1.5   |
| 11/21/05 | WRW | Review discovery served by ARI; review correspondence from opposing counsel                                  | 0.5   |
| 11/21/05 | JEH | Work on Ocean Spray document production                                                                       | 5.2   |
| 11/22/05 | MSF | Work on summary judgment motion                                                                               | 1.7   |
| 11/22/05 | MEZ | Work on supplemental document production                                                                      | 0.6   |
| 11/22/05 | WRW | Correspond with opposing counsel re discovery                                                                 | 0.5   |
| 11/22/05 | JEH | Work on coordination of document production; work on review of correspondence and emails                     | 1.1   |
| 11/22/05 | EMJ | Work on document management; work on coordinating document production                                        | 0.9   |
| 11/22/05 | FAS | Order patent file history 5,188,851; update on patent file history 5,133,861                                 | 0.3   |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 5
Bill No. 339884

| | | | Hours |
|---|---|---|---|
| 11/23/05 | MSF | Work on summary judgment motion; research re: "substantially" and indefiniteness | 2.5 |
| 11/23/05 | MEZ | Work on summary judgment motion | 0.3 |
| 11/23/05 | EMJ | Work on coordinating document production | 1.2 |
| 11/28/05 | MEZ | Work on summary judgment motion; work on correspondence and strategy re producing opinion | 2.2 |
| 11/28/05 | MSF | Research re "substantially" in claim language; research moisture information in 7 CFR 52 | 1.4 |
| 11/28/05 | JEH | Work on preparation and review of Ocean Spray document production | 6.4 |
| 11/28/05 | WRW | Telephone conference with opposing counsel re discovery; telephone conference with Ms. Sharenow re discovery and document production; work on production of discovery documents; review documents produced by Ocean Spray | 6.7 |
| 11/28/05 | FAS | Update on patent file history 5,198,861 | 0.2 |
| 11/29/05 | MEZ | Work on correspondence re summary judgment briefing and discovery schedule | 2.2 |
| 11/29/05 | MSF | Work on drafting discovery documents | 2.4 |
| 11/29/05 | JEH | Work on updating litigation server; work on document production | 3.1 |
| 11/29/05 | WRW | Telephone conference with opposing counsel; review documents produced by Ocean Spray; work on summary judgment motion of noninfringement; work on joint motion re extension of time | 6.6 |
| 11/29/05 | EMJ | Work on returning documents to Ocean Spray Legal Department; sending documents to William Woodford; document management; submitting invoices; work on reviewing correspondence | 3.2 |
| 11/29/05 | FAS | Order references from document delivery suppliers | 0.2 |
| 11/29/05 | CRS | Review patent and file history; work on strategy re motion for summary judgment and discovery; review deposition notices; work on strategy re same; review interrogatory responses | 2.7 |
| 11/30/05 | EMJ | Work on document management; work on document production | 3.0 |
| 11/30/05 | FAS | Order references from document delivery suppliers | 0.1 |
| 11/30/05 | MEZ | Work on correspondence and strategy re schedule; work on opposition to motion to compel | 1.1 |

### FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                            Page 6
Bill No. 339884

|  |  |  | Hours |
|---|---|---|---|
| 11/30/05 | FAS | Order patent file history 5,320,861 | 0.1 |
| 11/30/05 | CRS | Review research re Amazin' Raisins; review patent | 0.4 |

Total Services For This Matter                                    $37,182.50

Disbursements and Charges:

| For OS document production - Ikon Office Solutions | 106.47 |
|---|---|
| For copying of original documents - Ikon Office Solutions | 1,213.50 |
| For document production with bates labels; scanning production to CD; blowing out 2 copies - Ikon Office Solutions | 3,873.88 |
| For blowing out CD - Ikon Office Solutions | 868.27 |
| Computer online searching Keycite | 3.78 |
| Search and retrieval of court documents (dockets & pleadings) | 4.00 |
| Courier mail charges | 27.12 |
| Delivery charges | 7.50 |
| Photocopying | 143.00 |
| Facsimile | 5.50 |
| Travel expenses for trip by William Woodford 11/07/05-11/08/05 to Tomah, WI re plant inspection | 232.80 |
| Travel expenses for trip by William Woodford 11/15/05-11/16/05 to Madison, WI re meet with expert Howard Bremer | 214.02 |
| Meals expenses for trip by William Woodford 11/07/05-11/08/05 to Tomah, WI re plant inspection | 43.02 |
| Meals expenses for trip by William Woodford 11/15/05-11/16/05 to Madison, WI re meet with expert Howard Bremer | 59.07 |

Total Disbursements and Charges                                    $6,801.73

Total Due on Matter 00414.005LL1                                    $43,984.23

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 7
Bill No. 339884

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                    Page 8
Bill No. 339884

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 339884

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 10
Bill No. 339884

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                                 Page 11
Bill No. 339884

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                Page 12
Bill No. 339884

## REDACTED

**FISH & RICHARDSON P.C.**

225 FRANKLIN STREET

BOSTON, MASSACHUSETTS 02110-2804

TELEPHONE: (617) 542-5070

TAXPAYER I.D. NO. 04-3254521

January 30, 2006

Billed Through December 31, 2005

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    344359
One Ocean Spray Drive
Lakeville-Middleboro, MA    02349

Attention: Mr. Neil Bryson, Esq.

SUMMARY BY MATTER

Amazin' Raisins International v. Ocean Spray        $    55,661.21
    Cranberries, Inc. - 005LL1

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I D NO. 04-3254521

January 30, 2006

Billed Through December 31, 2005

Ocean Spray Cranberries, Inc.                    Bill No.    344359
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

# REDACTED

### FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 2
Bill No. 344359

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| Date | | Description | Hours |
|------|------|-------------|-------|
| 12/01/05 | MEZ | Work on correspondence re schedule and joint motion | 0.8 |
| ~~12/01/05~~ | ~~FAS~~ | ~~Update on patent file history 5,188,861~~ | ~~0.2~~ |
| 12/01/05 | WRW | Telephone conference with opposing counsel; work on joint motion for an extension of time | 1.1 |
| ~~12/01/05~~ | ~~EMJ~~ | ~~Work on document production~~ | ~~0.7~~ |
| ~~12/02/05~~ | ~~MSF~~ | ~~Reviewing prior art for Mazin patent; analyzing prior art to see what else is needed and if we have potential 102 or 103 arguments~~ | ~~2.8~~ |
| ~~12/02/05~~ | ~~CRS~~ | ~~Work on strategy re motion for summary judgment; work on strategy re invalidity; review prior art and claim charts; work on strategy re experts; review patent file history; research re prior use~~ | ~~3.7~~ |
| ~~12/02/05~~ | ~~FAS~~ | ~~Update on patent file history 5,188,861~~ | ~~0.1~~ |
| 12/02/05 | MEZ | Work on various discovery tasks | 1.1 |
| 12/02/05 | WRW | Work on motion for summary judgment of noninfringement; review documents produced by Ocean Spray; review correspondence from opposing counsel | 5.1 |
| ~~12/02/05~~ | ~~EMJ~~ | ~~Work on document production phone calls with Heidi Pacewicz RE original documents;~~ | ~~0.9~~ |
| 12/05/05 | MEZ | Work on correspondence re deposition scheduling | 0.1 |
| ~~12/05/05~~ | ~~MSF~~ | ~~Review and analysis of prior art~~ | ~~1.8~~ |
| ~~12/05/05~~ | ~~FAS~~ | ~~Provide status update on patent file history 5,320,861~~ | ~~0.2~~ |
| ~~12/05/05~~ | ~~FAS~~ | ~~Prior art reference retrieval from research libraries~~ | ~~0.2~~ |
| ~~12/05/05~~ | ~~EMJ~~ | ~~Work on document production~~ | ~~1.5~~ |
| 12/05/05 | WRW | Work on motion for summary judgment of noninfringement; telephone conference with Ms. Sharenow; work on letter to opposing counsel; review responses to interrogatories | 7.9 |
| ~~12/06/05~~ | ~~MSF~~ | ~~Analyze current prior art; search for and review prior art~~ | ~~1.7~~ |
| ~~12/06/05~~ | ~~JVS~~ | ~~Computer online search for U.S. patents/published applications in~~ | ~~0.6~~ |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 3
Bill No. 344359

|            |      |                                                                                                                                                              | Hours |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | ~~classes 426/615, 426/620, 426/639, 426/640, 426/321, 426/599 and containing the keywords (dried and fruit and treat? and acid and flavor?)~~                |       |
| ~~12/06/05~~ | ~~CRS~~ | ~~Review letter re discovery; work on strategy re same; review motion for summary judgment; work on strategy re same; review discovery responses re same; work on strategy re experts; review prior art analysis~~ | ~~1.6~~ |
| 12/06/05   | MEZ  | Work on correspondence and strategy re depositions                                                                                                            | 1.0   |
| ~~12/06/05~~ | ~~EMJ~~ | ~~Work on document production~~                                                                                                                               | ~~2.2~~ |
| 12/06/05   | WRW  | Telephone conference with Ms. Sharenow; work on letter to opposing counsel re discovery; review documents produced by Ocean Spray; prepare for deposition of Mr. Scott | 2.8   |
| ~~12/07/05~~ | ~~MSF~~ | ~~Search for and review of prior art~~                                                                                                                        | ~~1.1~~ |
| ~~12/07/05~~ | ~~FAS~~ | ~~Provide status update on patent file history 5,320,861~~                                                                                                    | ~~0.1~~ |
| 12/07/05   | MEZ  | Work on summary judgment motion                                                                                                                               | 0.9   |
| ~~12/07/05~~ | ~~FAS~~ | ~~Process references from document delivery suppliers~~                                                                                                        | ~~0.2~~ |
| 12/07/05   | WRW  | Telephone conference with opposing counsel; review documents produced by Ocean Spray; prepare for deposition of Mr. Scott                                       | 4.0   |
| ~~12/07/05~~ | ~~CRS~~ | ~~Work on strategy re experts; research re same; telephone conference with Mr. Ismail re same; telephone conference with Mr. Clydesdale re same; telephone conference with Dr. Chinachoti re same; telephone conference with Dr. Labuza re same; review prior art re same; review discovery schedule~~ | ~~3.8~~ |
| ~~12/08/05~~ | ~~MSF~~ | ~~Conference with MEZeliger, WRWoodford, CRSmith re: discovery deadlines; work on drafting 30(b)(6) notice and 2nd supplemental response to Req. 2~~            | ~~2.0~~ |
| 12/08/05   | MEZ  | Work on summary judgment motion; work on discovery strategy and correspondence re same                                                                         | 3.0   |
| 12/08/05   | WRW  | Telephone conference re case schedule and discovery; review correspondence from opposing counsel; review documents produced by Ocean Spray                     | 4.1   |
| ~~12/08/05~~ | ~~CRS~~ | ~~Review action items re discovery and motion for summary judgment; work on~~                                                                                  | ~~1.9~~ |

### FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                                    Page 4
Bill No. 344359

|            |      |                                                                                                                 | Hours |
|------------|------|-----------------------------------------------------------------------------------------------------------------|-------|
| ~~~~~~~~~~ | ~~~~ | ~~strategy re same; telephone conference~~                                                                     |       |
| ~~~~~~~~~~ | ~~~~ | ~~with Dr. Labuza re consulting; email to~~                                                                     |       |
| ~~~~~~~~~~ | ~~~~ | ~~Dr. Labuza re same; work on strategy re~~                                                                     |       |
| ~~~~~~~~~~ | ~~~~ | ~~experts~~                                                                                                     |       |
| ~~12/09/05~~ | ~~MSF~~ | ~~Work on response to document requests~~                                                                   | ~~0.9~~ |
| 12/09/05   | MEZ  | Work on correspondence re scheduled work; work on summary judgment motion                                        | 2.0   |
| ~~12/09/05~~ | ~~EMJ~~ | ~~Work on document production~~                                                                             | ~~0.2~~ |
| 12/09/05   | WRW  | Review Ocean Spray production documents                                                                          | 2.1   |
| ~~12/09/05~~ | ~~CRS~~ | ~~Review discovery responses; work on~~                                                                     | ~~0.1~~ |
| ~~~~~~~~~~ | ~~~~ | ~~strategy re same~~                                                                                             |       |
| 12/12/05   | MEZ  | Work on various discovery tasks; work on draft summary judgment motion                                           | 3.1   |
| ~~12/12/05~~ | ~~MSF~~ | ~~Research re: revival for unintentional~~                                                                  | ~~1.2~~ |
| ~~~~~~~~~~ | ~~~~ | ~~abandonment~~                                                                                                 |       |
| ~~12/12/05~~ | ~~FAS~~ | ~~Process patent file history order~~                                                                       | ~~0.1~~ |
| ~~~~~~~~~~ | ~~~~ | ~~5,183,861~~                                                                                                   |       |
| ~~12/12/05~~ | ~~CRS~~ | ~~Review email from Dr. Labuza re Mazin~~                                                                    | ~~0.3~~ |
| ~~~~~~~~~~ | ~~~~ | ~~patent; review prior art re invalidity~~                                                                      |       |
| 12/12/05   | WRW  | Review Ocean Spray production documents; telephone conference with opposing counsel; prepare for deposition of Mr. Scott | 6.2 |
| 12/13/05   | MEZ  | Work on correspondence re producing samples                                                                      | 0.1   |
| 12/13/05   | WRW  | Review Ocean Spray production documents; telephone conference with Mr. Scott; work on summary judgment motion     | 5.2   |
| ~~12/14/05~~ | ~~CRS~~ | ~~Review correspondence re discovery~~                                                                      | ~~0.2~~ |
| 12/14/05   | WRW  | Prepare Mr. Scott for his deposition; work on motion for summary judgment of noninfringement; work on letter to opposing counsel | 10.4 |
| 12/15/05   | MEZ  | Work on correspondence re document production                                                                    | 0.1   |
| ~~12/15/05~~ | ~~MSF~~ | ~~Editing 2nd supplemental interrogatory~~                                                                  | ~~3.0~~ |
| ~~~~~~~~~~ | ~~~~ | ~~response; draft motion for summary~~                                                                          |       |
| ~~~~~~~~~~ | ~~~~ | ~~judgment; draft fact statement for~~                                                                          |       |
| ~~~~~~~~~~ | ~~~~ | ~~summary judgment~~                                                                                            |       |
| ~~12/15/05~~ | ~~CRS~~ | ~~Review summary of deposition of Mr.~~                                                                     | ~~0.4~~ |
| ~~~~~~~~~~ | ~~~~ | ~~Scott; review emails from Ms. Sharenow~~                                                                      |       |
| ~~~~~~~~~~ | ~~~~ | ~~re prior use; review correspondence re~~                                                                      |       |
| ~~~~~~~~~~ | ~~~~ | ~~discovery~~                                                                                                   |       |
| 12/15/05   | WRW  | Telephone conference with Ms. Sharenow; defend Mr. Scott at his deposition; work on summary judgment motion; correspond with opposing counsel | 7.4 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 344359

| Date | | Description | Hours |
|------|------|-------------|-------|
| ~~12/16/05~~ | ~~CRS~~ | ~~Review correspondence re discovery~~ | ~~0.1~~ |
| 12/16/05 | WRW | Telephone conference with opposing counsel; work on motion for summary judgment of noninfringement | 4.6 |
| 12/16/05 | MEZ | Work on correspondence re discovery and strategy | 0.5 |
| 12/17/05 | WRW | Work on motion for summary judgment of noninfringement | 3.3 |
| 12/18/05 | WRW | Work on motion for summary judgment of noninfringement | 7.4 |
| ~~12/19/05~~ | ~~MSF~~ | ~~Work on summary judgment brief~~ | ~~3.2~~ |
| 12/19/05 | MEZ | Work on summary judgment brief and correspondence re same | 1.1 |
| ~~12/19/05~~ | ~~CRS~~ | ~~Review motion for summary judgment and declarations re same~~ | ~~0.4~~ |
| 12/19/05 | WRW | Work on summary judgment motion; telephone conference with Ms. Sharenow; telephone conference with Mr. Scott; telephone conference with Mr. Mantius | 12.2 |
| ~~12/20/05~~ | ~~MSF~~ | ~~Work on document review; work on summary judgment brief~~ | ~~1.1~~ |
| ~~12/20/05~~ | ~~CRS~~ | ~~Review motion for summary judgment; review correspondence re same; work on strategy re filing same~~ | ~~0.5~~ |
| 12/20/05 | WRW | Telephone conference with Mr. Scott; telephone conference with Mr. Mantius; telephone conference with Ms. Sharenow; work on motion for summary judgment of noninfringement | 12.3 |
| ~~12/20/05~~ | ~~JEH~~ | ~~Work on gathering exhibits for summary judgment motion; work on review of correspondence~~ | ~~1.3~~ |
| ~~12/20/05~~ | ~~EMJ~~ | ~~Work on document production~~ | ~~1.0~~ |
| 12/20/05 | MEZ | Work on summary judgment motion | 2.1 |
| ~~12/21/05~~ | ~~CRS~~ | ~~Review motion for summary judgment; review statement of~~ facts; ~~work on strategy re same~~ | ~~2.3~~ |
| ~~12/21/05~~ | ~~MSF~~ | ~~Work on summary judgment brief and statement of facts.~~ | ~~2.2~~ |
| 12/21/05 | WRW | Work on motion for summary judgment of noninfringement; telephone conference with Mr. Scott; telephone conference with Mr. Mantius; telephone conference with Ms. Sharenow | 8.6 |
| ~~12/21/05~~ | ~~ANC~~ | ~~Review and revise summary judgment memorandum~~ | ~~1.1~~ |
| 12/21/05 | MEZ | Work on correspondence re discovery | 0.1 |
| 12/22/05 | MEZ | Work on correspondence re summary judgment motions | 0.1 |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 6
Bill No. 344359

| Date | | | Hours |
|---|---|---|---|
| | | | Hours |
| 12/23/05 | WRW | Work on responses to plaintiff's second set of document requests and second set of interrogatories | 4.1 |
| ~~12/23/05~~ | ~~FAS~~ | ~~Process patent file history order 5,320,061~~ | ~~0.1~~ |
| 12/26/05 | MEZ | Work on correspondence re discovery responses | 0.3 |
| 12/27/05 | MEZ | Work on draft discovery responses; work on correspondence re same | 0.3 |
| 12/27/05 | WRW | Work on responses to plaintiff's second set of interrogatories and second set of document requests; serve responses on opposing counsel | 1.9 |
| ~~12/28/05~~ | ~~EMJ~~ | ~~Work on document management; document production~~ | ~~0.1~~ |
| 12/28/05 | MEZ | Work on correspondence re discovery | 0.1 |
| 12/29/05 | MEZ | Work on correspondence re discovery | 0.1 |

Total Services For This Matter                              ~~$53,598.50~~

Disbursements and Charges:

| | |
|---|---|
| ~~Obtaining copy(s) of articles - Research Solutions~~ | ~~12.00~~ |
| ~~Obtaining copy(s) of articles - Research Solutions~~ | ~~36.00~~ |
| ~~Obtain copy(s) of patent file history - Landon IP, Inc~~ | ~~150.25~~ |
| ~~Obtain copy(s) of patents~~ | ~~4.95~~ |
| ~~Obtain copy(s) of patents~~ | ~~4.95~~ |
| ~~For scanning and OCR document production - Ikon Office Solutions~~ | ~~398.69~~ |
| ~~For document production - Ikon Office Solutions~~ | ~~342.77~~ |
| ~~Computer search re prior art Us patents classes/dried fruit~~ | ~~306.64~~ |
| ~~Computer online searching Cfr Title 7~~ | ~~162.00~~ |
| ~~Search and retrieval of court documents (dockets & pleadings)~~ | ~~2.32~~ |
| ~~Courier mail charges~~ | ~~483.97~~ |
| ~~Delivery charges~~ | ~~7.50~~ |
| ~~Local travel~~ | ~~32.00~~ |
| ~~Working Meal for deposition preparation - D'Amico & Sons~~ | ~~21.99~~ |
| ~~Working Meal for Bill Woodford and Mike Scott - D'Amico & Sons~~ | ~~23.08~~ |
| ~~Photocopying~~ | ~~152.60~~ |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 344359

Page 7

Facsimile                                                    11.00

Total Disbursements and Charges                        $3,152.71

Total Due on Matter 00414.005LL1                       $55,661.21

REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 344359

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 9
Bill No. 344359

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 10
Bill No. 344359

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 11
Bill No. 344359

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

February 23, 2006

Billed Through January 31, 2006

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    347401
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


Amazin' Raisins International v. Ocean Spray          $    9,895.07
     Cranberries, Inc. - 005LL1


# REDACTED

Payment Due Upon Receipt
Wire Transfer Information:  Bank of America ABA No. 0260-0959-3 Account No. 511-43170 Swift Code: BOFAUS3N
ACH Transfer Information:  Bank of America ABA No. 011000138 Account No. 511-43170

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

February 23, 2006

Billed Through January 31, 2006

Ocean Spray Cranberries, Inc.                          Bill No.    347401
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 2
Bill No. 347401

# REDACTED

Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| ~~01/03/06~~ | ~~MSF~~ | ~~Work on responses to Requests for Admission~~ | ~~0.7~~ |
| 01/03/06 | MEZ | Work on correspondence re various discovery matters | 0.6 |
| 01/03/06 | WRW | Work on responses to ARI's first set of requests for admission | 0.5 |
| ~~01/03/06~~ | ~~CRS~~ | ~~Review voicemail message from Mr. Labuza re expert services; telephone conference with Mr. Labuza re same; review~~ | ~~0.5~~ |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 3
Bill No. 347401

|            |      |                                                                                                          | Hours |
|------------|------|----------------------------------------------------------------------------------------------------------|-------|
| ~~responses to requests for admission~~ | | | |
| 01/04/06   | WRW  | Telephone conference with Ms. Sharenow; work on responses to requests for admissions                     | 1.0   |
| ~~01/04/06~~ | ~~CRS~~ | ~~Review requests for admission; work on strategy re same~~                                            | ~~0.3~~ |
| 01/04/06   | MEZ  | Work on correspondence re answers to requests for admission and strategy                                  | 0.8   |
| ~~01/04/06~~ | ~~MSF~~ | ~~Edit response to RFAs; teleconference with client~~                                                  | ~~0.8~~ |
| ~~01/05/06~~ | ~~CRS~~ | ~~Telephone conference with Dr. Labuza re meeting; confer with MForman re same~~                       | ~~0.3~~ |
| ~~01/05/06~~ | ~~MSF~~ | ~~Telephone call with potential expert witness~~                                                       | ~~0.3~~ |
| ~~01/06/06~~ | ~~JEH~~ | ~~Work on case file maintenance~~                                                                      | ~~0.4~~ |
| 01/06/06   | WRW  | Telephone conference with opposing counsel re document requests; telephone conference with opposing counsel re deposition of Mr. Mantius; review Ocean Spray document production | 2.5 |
| ~~01/06/06~~ | ~~CRS~~ | ~~Review email from Mr. Werner re discovery; review correspondence re same; work on strategy re same; review prosecution history and declaration of Mr. Mantius; work on strategy re meeting with Dr. Labuza~~ | ~~0.9~~ |
| ~~01/06/06~~ | ~~EMJ~~ | ~~Work on document management of depositions; document production~~                                    | ~~0.4~~ |
| ~~01/08/06~~ | ~~MSF~~ | ~~Dinner meeting with potential expert witness, Dr. Labuza~~                                            | ~~3.3~~ |
| 01/09/06   | MEZ  | Work on strategy re depositions and summary judgment motion                                               | 0.7   |
| ~~01/09/06~~ | ~~CRS~~ | ~~Review summary re Dr. Labuza; review email from Dr. Labuza re meeting; review correspondence re deposition~~ | ~~0.2~~ |
| ~~01/09/06~~ | ~~EMJ~~ | ~~Work on document production~~                                                                        | ~~0.5~~ |
| 01/09/06   | WRW  | Correspond with opposing counsel; telephone conference with Ms. Sharenow; work on responses to ARI's third set of document requests; telephone conference with opposing counsel; review ARI's motion for an extension of time | 2.8 |
| ~~01/09/06~~ | ~~MSF~~ | ~~Work on responses to document requests~~                                                             | ~~0.3~~ |
| 01/10/06   | MEZ  | Work on correspondence re Mr. Mantius' deposition                                                         | 0.1   |
| ~~01/10/06~~ | ~~EMJ~~ | ~~Work on document production~~                                                                        | ~~0.3~~ |
| ~~01/11/06~~ | ~~EMJ~~ | ~~Work on document production~~                                                                        | ~~0.8~~ |
| 01/12/06   | MEZ  | Work on correspondence re Mantius deposition                                                              | 0.1   |

### FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 4
Bill No. 347401

| | | | Hours |
|---|---|---|---|
| 01/16/06 | MSF | Draft engagement letter for Dr. Labuza | 0.5 |
| 01/19/06 | MSF | Preparation for call with Dr. Labuza on Friday | 0.2 |
| 01/20/06 | CRS | Review email to Dr. Labuza re consulting fees and resume; work on strategy re same | 0.2 |
| 01/20/06 | MEZ | Work on preparation for Mr. Mantius' deposition | 0.4 |
| 01/20/06 | MSF | Talk with expert witness, Dr. Labuza | 0.3 |
| 01/23/06 | MEZ | Work on preparing for Mr. Mantius' deposition | 1.5 |
| 01/23/06 | WRW | Telephone conference with opposing counsel re Mantius deposition | 0.2 |
| 01/24/06 | MEZ | Work on preparation for Mr. Mantius' deposition; work on correspondence re experts | 1.3 |
| 01/25/06 | MEZ | Work on preparation for Mr. Mantius' deposition | 0.5 |
| 01/25/06 | WRW | Telephone conference with opposing counsel | 0.1 |
| 01/26/06 | EMJ | Work on document production | 0.1 |
| 01/27/06 | MSF | Work on engagement letter for Dr. Labuza | 0.2 |
| 01/27/06 | MEZ | Work on correspondence re Mr. Mantius' deposition; work on review of Mr. Scott's deposition | 1.1 |
| 01/30/06 | MEZ | Work on preparation for Mr. Mantius' deposition | 0.3 |
| 01/30/06 | EMJ | Work on updating litigation server | 0.1 |
| 01/31/06 | EMJ | Work on document production; returning original documents to Ocean Spray. | 1.2 |

Total Services For This Matter                              $8,888.50

Disbursements and Charges:

| | |
|---|---|
| Court reporter for deposition(s) Michael A. Scott - DVS, Inc. | 626.55 |
| Obtain copy(s) of patent file history - Landon IP, Inc | 105.25 |
| For   Leffler Companies | 12.60 |
| Search and retrieval of court documents (dockets & pleadings) | 1.28 |
| Courier mail charges | 32.84 |
| Delivery charges | 34.37 |
| Working Meal for Michael Forman and Dr. Ted Labuza 01/08/06 | 177.88 |
| Photocopying | 3.80 |
| Photocopying (color) | 12.00 |

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 347401

~~Total Disbursements and Charges~~                        ~~$1,006.57~~

    Total Due on Matter 00414.005LL1                        ~~$9,895.07~~


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 347401


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 7
Bill No. 347401


**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 8
Bill No. 347401

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.
Bill No. 347401

Page 9

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

March 29, 2006

Billed Through February 28, 2006

CN00414

Ocean Spray Cranberries, Inc.                          Bill No.    351803
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


    Amazin' Raisins International v. Ocean Spray          $    26,161.98
       Cranberries, Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I D. NO. 04-3254521

March 29, 2006

Billed Through February 28, 2006

Ocean Spray Cranberries, Inc.                                Bill No.      351803
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 2
Bill No. 351803


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

|            |     |                                                                                    | Hours |
|------------|-----|------------------------------------------------------------------------------------|-------|
| 02/02/06   | MEZ | Work on preparation for Mantius deposition                                         | 0.8   |
| 02/03/06   | MEZ | Work on preparing Mr. Mantius for deposition                                       | 5.1   |
| 02/06/06   | MEZ | Work on correspondence re Mantius deposition                                        | 0.1   |
| 02/07/06   | MEZ | Work on defending Mr. Mantius' deposition                                           | 8.1   |
| 02/09/06   | MEZ | Work on correspondence re summary judgment briefing                                 | 0.1   |
| 02/10/06   | WRW | Correspond with opposing counsel re ARI opposition brief                           | 0.6   |
| ~~02/13/06~~ | ~~CRS~~ | ~~Review opposition brief re motion for summary judgment; work on strategy re same; review emails from Ms. Sharenow re standards~~ | ~~0.9~~ |
| 02/13/06   | WRW | Telephone conference with Ms. Sharenow; review ARI opposition brief                | 0.5   |
| ~~02/15/06~~ | ~~MSF~~ | ~~Review of summary judgment brief; team meeting~~                              | ~~1.6~~ |
| ~~02/15/06~~ | ~~CRS~~ | ~~Team meeting re ARI's opposition brief~~                                       | ~~0.5~~ |
| 02/15/06   | MEZ | Work on review of summary judgment briefing materials                              | 1.3   |
| 02/15/06   | WRW | Telephone conference with Ms. Sharenow and Mr. Mantius re summary judgment reply brief | 0.7 |
| ~~02/16/06~~ | ~~MSF~~ | ~~Review of Mantius deposition for summary judgment reply; legal research for summary judgment reply~~ | ~~3.6~~ |
| 02/16/06   | MEZ | Work on reply brief re motion for summary judgment                                 | 1.4   |
| 02/17/06   | MEZ | Work on correspondence re reply brief for summary judgment motion                   | 0.3   |
| ~~02/17/06~~ | ~~EMJ~~ | ~~Work on deposition files~~                                                     | ~~0.2~~ |
| 02/17/06   | WRW | Review Mantius declaration; review ARI opposition brief; work on reply brief re summary judgment | 2.4 |
| ~~02/20/06~~ | ~~MSF~~ | ~~Work on summary judgment reply brief~~                                         | ~~3.0~~ |
| 02/20/06   | WRW | Work on reply brief re summary judgment                                            | 1.3   |
| 02/21/06   | MEZ | Work on reply brief re summary judgment                                            | 0.6   |
| ~~02/21/06~~ | ~~MSF~~ | ~~Work on summary judgment reply brief~~                                         | ~~3.0~~ |
| 02/21/06   | WRW | Work on reply brief re summary judgment motion                                      | 4.2   |

## FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 3
Bill No. 351803

|            |     |                                                              | Hours |
|------------|-----|--------------------------------------------------------------|-------|
| 02/22/06   | MSF | Legal research re: implicitly defining claims in the specification | 0.8 |
| 02/22/06   | MEZ | Work on summary judgment reply brief                          | 0.4   |
| 02/22/06   | WRW | Work on reply brief re summary judgment motion               | 10.6  |
| 02/23/06   | MSF | Work on summary judgment reply brief                          | 1.8   |
| 02/23/06   | MEZ | Work on reply brief                                          | 1.4   |
| 02/23/06   | WRW | Work on reply brief re summary judgment motion               | 1.2   |
| 02/23/06   | CRS | Review reply brief                                          | 0.2   |
| 02/24/06   | MEZ | Work on reply brief                                          | 0.5   |
| 02/24/06   | WRW | Work on reply brief re summary judgment motion               | 6.7   |
| 02/24/06   | MSF | Work on summary judgment reply brief                          | 1.4   |

     Total Services For This Matter                              $23,625.00

Disbursements and Charges:

          Court reporter for deposition(s)          2,471.50
          Harold Mantius taken on 02/07/06
          PVS, Inc.
          Computer online searching Keycite             3.95
          Search and retrieval of court                 2.00
          documents (dockets & pleadings)
          Courier mail charges                         17.93
          Photocopying                                 41.60

          Total Disbursements and Charges                        $2,536.98

     Total Due on Matter 00414.005LL1                            $26,161.98

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 4
Bill No. 351803

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 5
Bill No. 351803

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                    Page 6
Bill No. 351803

# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

April 27, 2006

Billed Through March 31, 2006

CN00414

Ocean Spray Cranberries, Inc.                    Bill No.    355434
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.


SUMMARY BY MATTER


   Amazin' Raisins International v. Ocean Spray          $    1,460.12
       Cranberries. Inc. - 005LL1


# REDACTED

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
TELEPHONE: (617) 542-5070
TAXPAYER I.D. NO. 04-3254521

April 27, 2006

Billed Through March 31, 2006

Ocean Spray Cranberries, Inc.                                    Bill No.    355434
One Ocean Spray Drive
Lakeville-Middleboro, MA   02349

Attention: Mr. Neil Bryson, Esq.

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 2
Bill No. 355434


# REDACTED


Matter: Amazin' Raisins International v. Ocean Spray Cranberries, Inc.

Our Reference:    00414.005LL1

Professional Services:

| | | | Hours |
|---|---|---|---|
| 03/02/06 | WRW | Telephone conference with Mr. Zeliger re scheduling conference; review Court order re scheduling conference | 0.8 |
| ~~03/06/06~~ | ~~EMJ~~ | ~~Work on document production~~ | ~~1.7~~ |
| 03/08/06 | WRW | Work on case scheduling and discovery matters | 0.3 |
| 03/31/06 | WRW | Telephone conference with opposing counsel re supplemental summary judgment briefing; work on supplemental summary judgment briefs | 2.2 |

              Total Services For This Matter                    ~~$1,313.00~~

Disbursements and Charges:

~~Search and retrieval of court~~                    ~~0.48~~
~~documents (dockets & pleadings)~~
~~Courier mail charges~~                             ~~18.54~~
~~Photocopying~~                                     ~~3.00~~
~~Airfare for trip by Replacing seq~~               ~~119.30~~
~~#  modification to check 321075.~~
~~William R Woodford~~
~~1/30/2006 2/3/2006 to Boston, MA~~

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                          Page 3
Bill No. 355434


~~Total Disbursements and Charges~~                            ~~$143.13~~

Total Due on Matter 00414.005LL1                       ~~$1,469.13~~




**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 4
Bill No. 355434

**REDACTED**

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                        Page 5
Bill No. 355434


REDACTED

FISH & RICHARDSON P.C.

Ocean Spray Cranberries, Inc.                                      Page 6
Bill No. 355434

# REDACTED

**EXHIBIT A**
**(Part 4 of 4)**



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

April 20, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349
Attn:  Alana Sharenow

| | | |
|---|---|---|
| Our File Number | : | 0522360.0101 |
| Invoice | : | 1515334 |
| Services Through | : | March 31, 2006 |

**Ocean Spray v. Amazin' Raisins**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/01/06 | M. E. Zeliger | 6.80 | Work on review of Mr. Mantius' deposition testimony; work on tour of plant; work on strategy for claim construction hearing | 3,230.00 |
| 03/02/06 | M. E. Zeliger | 5.50 | Work on preparing for and participating in status conference re Markman and summary judgment issues | 2,612.50 |
| 03/03/06 | M. E. Zeliger | 0.80 | Work on correspondence and strategy re technical tutorial | 380.00 |
| 03/06/06 | M. E. Zeliger | 1.70 | Work on correspondence and strategy re technical tutorial and Markman presentations; work on correspondence re settlement meeting | 807.50 |
| 03/07/06 | M. E. Zeliger | 0.40 | Work on correspondence and strategy re technical tutorial | 190.00 |
| 03/08/06 | M. E. Zeliger | 1.80 | Work on preparation for technical tutorial and settlement meeting | 855.00 |
| 03/10/06 | M. E. Zeliger | 1.90 | Work on research and strategy re settlement meeting and technical tutorial | 902.50 |
| 03/13/06 | M. E. Zeliger | 1.10 | Work on strategy and correspondence re videotaping of Middleboro facility | 522.50 |
| 03/14/06 | M. E. Zeliger | 0.60 | Work on correspondence and strategy re settlement meeting and videotaping of Middleboro facility | 285.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/15/06 | M. E. Zeliger | 1.50 | Work on preparation for videotaping of Middleboro facility | 712.50 |
| 03/16/06 | M. E. Zeliger | 1.60 | Work on preparation for meeting with ARI; work on preparation for videotaping the Middleboro facility | 760.00 |
| 03/17/06 | M. E. Zeliger | 0.30 | Work on correspondence re plans for settlement meeting | 142.50 |
| 03/20/06 | M. E. Zeliger | 1.40 | Work on correspondence and preparation for settlement meeting; work on damages analysis | 665.00 |
| 03/21/06 | M. E. Zeliger | 9.60 | Work on plant inspection; work on videotaping process; work on strategy and preparation for settlement meeting; meet with principals of Ocean Spray regarding same | 4,560.00 |
| 03/22/06 | M. E. Zeliger | 1.40 | Work on preparation for settlement meeting | 665.00 |
| 03/23/06 | M. E. Zeliger | 5.50 | Work on preparation for settlement meeting | 2,612.50 |
| 03/24/06 | M. E. Zeliger | 10.70 | Work on settlement meeting at opposing counsel's office in Washington; work on strategy re technical tutorial and claim construction; return travel | 5,082.50 |
| 03/27/06 | M. E. Zeliger | 0.20 | Work on correspondence and analysis re propriety of ARI's settlement position | 95.00 |
| 03/28/06 | M. E. Zeliger | 0.90 | Work on review of video footage; work on strategy for technical tutorial | 427.50 |
| 03/29/06 | M. E. Zeliger | 0.30 | Work on correspondence deposition scheduling and video editing | 142.50 |
| 03/30/06 | M. E. Zeliger | 0.80 | Work on correspondence re meet and confer | 380.00 |
| 03/31/06 | M. E. Zeliger | 2.00 | Work on correspondence and strategy re supplemental briefing | 950.00 |

| | | TOTAL FEES | | $ 26,980.00 |
|--|--|-----------|--|-------------|

| M. E. Zeliger | | 56.80 hrs at $ 475 / hr | $26,980.00 |
|---------------|--|--------------------------|-------------|
| | TOTAL FEES | 56.80 hrs | $ 26,980.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 26,980.00 |
| **CURRENT INVOICE DUE** | **$** | **26,980.00** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

May 8, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349
Attn:   Alana Sharenow

| | | |
|---|---|---|
| Our File Number | : | 0522360.0101 |
| Invoice | : | 1526489 |
| Services Through | : | April 30, 2006 |

**Ocean Spray v. Amazin' Raisins**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| ~~04/03/06~~ | ~~D. A. Simons~~ | ~~0.50~~ | ~~Work on preparation for technical tutorial hearing~~ | ~~205.00~~ |
| 04/03/06 | M. E. Zeliger | 3.00 | Work on correspondence and strategy; work on preparation for technical tutorial | 1,425.00 |
| ~~04/04/06~~ | ~~D. A. Simons~~ | ~~0.80~~ | ~~Work on due diligence strategy for '861 patent~~ | ~~328.00~~ |
| 04/04/06 | M. E. Zeliger | 2.00 | Work on demonstrative exhibits for technical tutorial | 950.00 |
| 04/04/06 | M. E. Zeliger | 3.70 | Work on supplemental briefing; work on preparation for technical tutorial | 1,757.50 |
| 04/05/06 | M. E. Zeliger | 4.60 | Work on demonstratives for technical tutorial | 2,185.00 |
| 04/06/06 | M. E. Zeliger | 4.20 | Work on brief for technical tutorial | 1,995.00 |
| 04/07/06 | M. E. Zeliger | 0.90 | Work on preparation for expert deposition; work on notice re status of settlement discussions | 427.50 |
| 04/10/06 | M. E. Zeliger | 4.60 | Work on preparing for and monitoring ARI's expert's deposition | 2,185.00 |
| 04/11/06 | M. E. Zeliger | 2.40 | Work on correspondence re expert deposition and technical tutorial | 1,140.00 |
| 04/12/06 | M. E. Zeliger | 0.60 | Work on preparation for technical tutorial | 285.00 |
| 04/13/06 | M. E. Zeliger | 0.50 | Work on preparation for tutorial | 237.50 |
| 04/14/06 | M. E. Zeliger | 0.30 | Work on preparation for tutorial and correspondence re same | 142.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/17/06 | M. E. Zeliger | 0.40 | Work on correspondence and preparation for tutorial | 190.00 |
| 04/19/06 | M. E. Zeliger | 0.90 | Work on correspondence re scheduling technical tutorial; work on preparation for the tutorial | 427.50 |
| 04/20/06 | M. E. Zeliger | 0.30 | Work on correspondence re supplemental briefing | 142.50 |
| 04/21/06 | M. E. Zeliger | 1.20 | Work on supplemental briefing | 570.00 |
| 04/24/06 | M. E. Zeliger | 2.20 | Work on correspondence and analysis re supplemental briefing | 1,045.00 |
| 04/25/06 | M. E. Zeliger | 1.30 | Work on correspondence re supplemental briefing; work on review of Cadwallader deposition | 617.50 |
| 04/26/06 | M. E. Zeliger | 0.70 | Work on review of Cadwallader deposition and correspondence re same | 332.50 |
| 04/27/06 | M. E. Zeliger | 0.60 | Work on review of Cadwallader deposition | 285.00 |
| 04/28/06 | M. E. Zeliger | 0.70 | Work on supplemental briefing | 332.50 |
| | TOTAL FEES | | $ | 17,205.50 |

| | | | | |
|---|---|---|---|---|
| D. A. Simons | | 1.30 hrs at $ 410 / hr | | $533.00 |
| M. E. Zeliger | | 35.10 hrs at $ 475 / hr | | $16,672.50 |
| | TOTAL FEES | 36.40 hrs | $ | 17,205.50 |


### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Travel Expenses | 270.76 |
| Taxi / Cab Fare | 104.35 |
| Business Meal | 5.61 |
| Charge for Transcripts | 102.30 |
| Other | 8,319.15 |
| DISBURSEMENTS & OTHER CHARGES | $ 8,802.17 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 04/20/06 | 1515334 | 26,980.00 | 0.00 | 26,980.00 |
| | | OUTSTANDING BALANCE | | $ 26,980.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 17,205.50 |
| Disbursements and Other Charges | $ 8,802.17 |
| **CURRENT INVOICE DUE** | **$ 26,007.67** |
| Past Due Invoices * | $ 26,980.00 |
| **TOTAL AMOUNT DUE** | **$ 52,987.67** |

* Does not include payments received after 5/8/06.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

June 19, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349
Attn:   Alana Sharenow

| Our File Number | : | 0522360.0101 |
| Invoice | : | 1537697 |
| Services Through | : | May 31, 2006 |

**Ocean Spray v. Amazin' Raisins**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/01/06 | M. E. Zeliger | 1.00 | Work on correspondence re supplemental brief and prior art expert | 475.00 |
| 05/02/06 | M. E. Zeliger | 0.40 | Work on correspondence re ARI's supplemental brief; work on filing courtesy copy of deposition transcript | 190.00 |
| 05/05/06 | M. E. Zeliger | 0.10 | Work on correspondence re supplemental filing | 47.50 |
| 05/10/06 | M. E. Zeliger | 0.10 | Work on correspondence re changes to the demonstrative and rescheduling the hearing | 47.50 |
| 05/16/06 | M. E. Zeliger | 0.80 | Work on correspondence and strategy re depositions and hearings | 380.00 |
| 05/17/06 | M. E. Zeliger | 0.20 | Work on correspondence re deposition scheduling | 95.00 |
| 05/22/06 | M. E. Zeliger | 0.50 | Work on deposition notices | 237.50 |
| 05/23/06 | M. E. Zeliger | 0.10 | Work on correspondence re inventor depositions | 47.50 |
| 05/24/06 | M. E. Zeliger | 2.00 | Work on preparation for inventor depositions | 950.00 |
| 05/25/06 | M. E. Zeliger | 3.10 | Work on preparation for inventor depositions | 1,472.50 |
| ~~05/26/06~~ | ~~L. S. Bifano~~ | ~~0.50~~ | ~~Research on antitrust liability for a settlement restriction~~ | ~~107.50~~ |
| 05/26/06 | M. E. Zeliger | 0.50 | Work on preparation for inventor depositions | 237.50 |
| ~~05/30/06~~ | ~~L. S. Bifano~~ | ~~1.60~~ | ~~Research on antitrust liability regarding settlement agreements~~ | ~~344.00~~ |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/30/06 | R. Cahill | 0.80 | Work on deposition preparation | 148.00 |
| 05/30/06 | M. E. Zeliger | 3.50 | Work on preparation for inventor depositions | 1,662.50 |
| 05/31/06 | M. E. Zeliger | 3.90 | Work on preparation for inventor depositions | 1,852.50 |
| | | TOTAL FEES | | $ 8,294.50 |

| | | | | |
|------|------|-------|-------------|--------|
| L. S. Bifano | | 2.10 hrs at $ 215 / hr | | $451.50 |
| R. Cahill | | 0.80 hrs at $ 185 / hr | | $148.00 |
| M. E. Zeliger | | 16.20 hrs at $ 475 / hr | | $7,695.00 |
| | TOTAL FEES | 19.10 hrs | | $ 8,294.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Postage | 0.63 |
| Copying Expense | 66.96 |
| Other | 9,067.21 |
| DISBURSEMENTS & OTHER CHARGES | $ 9,134.80 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 8,294.50 |
| Disbursements and Other Charges | $ | 9,134.80 |
| **CURRENT INVOICE DUE** | $ | 17,429.30 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

July 21, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA 02349
Attn: Alana Sharenow

| | | |
|---|---|---|
| Our File Number | : | 0522360.0101 |
| Invoice | : | 1551651 |
| Services Through | : | June 30, 2006 |

**Ocean Spray v. Amazin' Raisins**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/01/06 | M. E. Zeliger | 8.60 | Work on preparing for and taking Mr. Lalji's deposition; work on correspondence re same | 4,085.00 |
| 06/02/06 | M. E. Zeliger | 10.50 | Work on preparing for and taking Mr. Mazin's deposition; work on strategy re Rule 11 motion; return travel | 4,987.50 |
| 06/05/06 | M. E. Zeliger | 0.80 | Work on correspondence re seeking status conference; work on strategy re Rule 11 motion | 380.00 |
| 06/06/06 | M. E. Zeliger | 0.90 | Work on correspondence and strategy re tutorial | 427.50 |
| 06/07/06 | M. E. Zeliger | 0.60 | Work on correspondence and strategy re the technical tutorial | 285.00 |
| 06/08/06 | M. E. Zeliger | 0.40 | Work on letter to Court re technical tutorial; work on research re Internet Culinary Corp. | 190.00 |
| 06/09/06 | M. E. Zeliger | 2.80 | Work on correspondence re deposition transcripts; work on review of transcripts | 1,330.00 |
| 06/12/06 | M. E. Zeliger | 0.80 | Work on correspondence and filing joint letter re tutorial; work on strategy re reexamination | 380.00 |
| 06/13/06 | M. E. Zeliger | 2.80 | Work on correspondence and strategy re reexamination; work on analysis re Rule 11 motion and supplemental interrogatory responses | 1,330.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/14/06 | M. E. Zeliger | 5.40 | Work on analysis of deposition transcripts and additional defenses; work on research and analysis re patent ownership | 2,565.00 |
| 06/15/06 | M. E. Zeliger | 7.10 | Work on research and analysis re patent ownership | 3,372.50 |
| ~~06/16/06~~ | ~~E. Labedz~~ | ~~0.40~~ | ~~Run Dun & Bradstreet reports for Amazin Raisins International, Inc., Amazing Fruit Products, Ltd., Royal Domaine Inc. for M. Zeliger~~ | ~~70.00~~ |
| 06/16/06 | M. E. Zeliger | 3.30 | Work on research and analysis re patent ownership | 1,567.50 |
| 06/19/06 | M. E. Zeliger | 2.50 | Work on correspondence and strategy re ownership of ARI | 1,187.50 |
| 06/20/06 | M. E. Zeliger | 0.60 | Work on correspondence re Mazin declaration | 285.00 |
| 06/21/06 | M. E. Zeliger | 0.50 | Work on correspondence and strategy re Brett Salter and Internet Culinary Corporation | 237.50 |
| 06/22/06 | M. E. Zeliger | 0.90 | Work on correspondence with Attorney Krum re ownership of the Mazin patent; work on analysis for reexamination | 427.50 |
| 06/23/06 | M. E. Zeliger | 0.80 | Work on strategy re motion to dismiss and reexamination | 380.00 |
| 06/26/06 | M. E. Zeliger | 2.40 | Work on claim chart for reexamination | 1,140.00 |
| 06/27/06 | M. E. Zeliger | 0.70 | Work on reexamination request | 332.50 |
| 06/27/06 | M. E. Zeliger | 2.60 | Work on reexamination request | 1,235.00 |
| ~~06/28/06~~ | ~~L. S. Bifano~~ | ~~1.20~~ | ~~Work on research re reexamination request~~ | ~~258.00~~ |
| 06/28/06 | M. E. Zeliger | 0.60 | Work on request for reexamination | 285.00 |
| ~~06/29/06~~ | ~~L. S. Bifano~~ | ~~0.60~~ | ~~Research on submission on litigation documents in a reexamination~~ | ~~129.00~~ |
| ~~06/29/06~~ | ~~M. H. Brodowski~~ | ~~0.30~~ | ~~Office conference with LSB regarding patent reexamination issues including use of litigation claim construction in reexamination proceeding~~ | ~~136.50~~ |
| 06/29/06 | M. E. Zeliger | 0.50 | Work on correspondence re reexamination; review research re ownership | 237.50 |
| ~~06/30/06~~ | ~~L. S. Bifano~~ | ~~0.50~~ | ~~Research on reexamination request~~ | ~~107.50~~ |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/30/06 | M. E. Zeliger | 0.10 | Work on correspondence with Mr. Salter's counsel | 47.50 |
| | | TOTAL FEES | | $  27,396.00 |

| | | | | |
|------|------|------|------|------|
| L. S. Bifano | | 2.30 hrs at $ 215 / hr | | $494.50 |
| M. H. Brodowski | | 0.30 hrs at $ 455 / hr | | $136.50 |
| E. Labedz | | 0.40 hrs at $ 175 / hr | | $70.00 |
| M. E. Zeliger | | 56.20 hrs at $ 475 / hr | | $26,695.00 |
| | TOTAL FEES | 59.20 hrs | | $ 27,396.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Lexis Research | 139.33 |
| Westlaw Research | 82.93 |
| Travel Expenses | 691.12 |
| Air Fare | 1,048.58 |
| Business Meal | 51.94 |
| DISBURSEMENTS & OTHER CHARGES | $  2,013.90 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 06/19/06 | 1537697 | 8,294.50 | 9,134.80 | 17,429.30 |
| | OUTSTANDING BALANCE | | | $  17,429.30 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $    27,396.00 |
| Disbursements and Other Charges | $     2,013.90 |
| **CURRENT INVOICE DUE** | $    29,409.90 |
| Past Due Invoices * | $    17,429.30 |
| **TOTAL AMOUNT DUE** | $    46,839.20 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

August 16, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349
Attn:   Alana Sharenow

| | | |
|---|---|---|
| Our File Number | : | 0522360.0101 |
| Invoice | : | 1557095 |
| Services Through | : | July 31, 2006 |

**Ocean Spray v. Amazin' Raisins**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/03/06 | M. E. Zeliger | 0.10 | Work on correspondence re response to discovery letter | 47.50 |
| 07/05/06 | M. E. Zeliger | 1.60 | Work on correspondence re patent ownership and discovery | 760.00 |
| 07/06/06 | M. E. Zeliger | 0.40 | Work on supplemental discovery responses | 190.00 |
| 07/07/06 | M. E. Zeliger | 0.40 | Work on correspondence re various discovery matters | 190.00 |
| 07/10/06 | M. E. Zeliger | 0.30 | Work on correspondence re discovery matters | 142.50 |
| 07/12/06 | M. E. Zeliger | 0.20 | Review order re tutorial and work on correspondence re same | 95.00 |
| ~~07/13/06~~ | ~~L. S. Bifano~~ | ~~0.60~~ | ~~Research on re-examination~~ | ~~129.00~~ |
| 07/13/06 | M. E. Zeliger | 0.20 | Work on research and strategy re reexamination | 95.00 |
| 07/14/06 | M. E. Zeliger | 1.00 | Work on strategy and correspondence re ownership of the patent in suit; review correspondence and documents re various discovery issues | 475.00 |
| 07/17/06 | M. E. Zeliger | 2.30 | Work on correspondence re discovery; work on review of supplemental document production | 1,092.50 |
| 07/18/06 | M. E. Zeliger | 0.10 | Work on discovery strategy | 47.50 |
| 07/19/06 | M. E. Zeliger | 0.70 | Work on correspondence and strategy re ownership and reexam; work on request for reexamination | 332.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/20/06 | M. E. Zeliger | 0.90 | Work on correspondence and strategy re ownership of the patent in suit | 427.50 |
| ~~07/21/06~~ | ~~J. L. Snow~~ | ~~2.00~~ | ~~Review draft claim chart for possible reexamination request; office conference with M. Zeliger regarding same~~ | ~~950.00~~ |
| 07/21/06 | M. E. Zeliger | 3.00 | Work on correspondence and strategy re subpoena; work on request for reexamination | 1,425.00 |
| 07/24/06 | M. E. Zeliger | 0.30 | Review correspondence and strategy re privilege log | 142.50 |
| 07/25/06 | M. E. Zeliger | 2.10 | Work on request for reexamination; work on correspondence re Brett Salter and Internet Culinary Corporation; work on preparation for Technical Tutorial | 997.50 |
| 07/26/06 | M. E. Zeliger | 3.60 | Work on changes to tutorial demonstratives; work on request for reexamination and correspondence re same; work on draft letter seeking dismissal | 1,710.00 |
| ~~07/27/06~~ | ~~J. Ho~~ | ~~1.30~~ | ~~Meet with ME Zeliger to discuss technical presentation to Court~~ | ~~279.50~~ |
| 07/27/06 | M. E. Zeliger | 4.70 | Work on letter seeking dismissal; work on preparation for technical tutorial | 2,232.50 |
| 07/28/06 | M. E. Zeliger | 1.00 | Work on letter seeking dismissal; work on research re moisture removal in cranberries | 475.00 |
| | | **TOTAL FEES** | | $ ~~12,236.00~~ |

| | | | | |
|---|---|---|---|---|
| ~~L. S. Bifano~~ | | ~~0.60 hrs at $ 215 / hr~~ | | ~~$129.00~~ |
| ~~J. Ho~~ | | ~~1.30 hrs at $ 215 / hr~~ | | ~~$279.50~~ |
| ~~J. L. Snow~~ | | ~~2.00 hrs at $ 475 / hr~~ | | ~~$950.00~~ |
| M. E. Zeliger | | 22.90 hrs at $ 475 / hr | | $10,877.50 |
| | **TOTAL FEES** | 26.80 hrs | | $ ~~12,236.00~~ |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Research | 106.85 |
| Local Courier | 16.86 |
| Charge for Transcripts | 2,166.05 |
| Patent Office Search Fee | 25.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 2,314.76 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 12,236.00 |
| Disbursements and Other Charges | $ 2,314.76 |
| **CURRENT INVOICE DUE** | **$ 14,550.76** |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

September 20, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1565535 |
| Services Through | : | August 31, 2006 |

Tax Identification Number 25 0921018

**Ocean Spray v. Amazin' Raisins (0101)**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/06 | M. E. Zeliger | 0.20 | Work on correspondence re various discovery matters | 95.00 |
| 08/02/06 | M. E. Zeliger | 0.30 | Work on correspondence and strategy | 142.50 |
| 08/03/06 | M. E. Zeliger | 0.10 | Work on correspondence re letter seeking dismissal | 47.50 |
| 08/04/06 | M. E. Zeliger | 0.20 | Work on correspondence re letter seeking dismissal | 95.00 |
| 08/07/06 | M. E. Zeliger | 1.10 | Work on correspondence re various discovery matters;work on preparation for technical tutorial | 522.50 |
| 08/08/06 | M. E. Zeliger | 0.20 | Work on correspondence re various discovery matters | 95.00 |
| 08/09/06 | M. E. Zeliger | 0.30 | Work on correspondence re cranberry cellular structure; review memo re patent assignment history | 142.50 |
| 08/10/06 | M. E. Zeliger | 3.10 | Work on meeting re status of case; work on discovery responses; work on preparation for tutorial | 1,472.50 |
| 08/11/06 | M. E. Zeliger | 0.20 | Work on correspondence re reexamination | 95.00 |
| 08/14/06 | M. E. Zeliger | 1.20 | Work on correspondence re assignment history; work on various discovery tasks | 570.00 |
| 08/15/06 | L. S. Bifano | 0.80 | Attention to subpoenas | 172.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/15/06 | M. E. Zeliger | 1.50 | Work on correspondence re samples for tutorial; work on review privilege log; work on correspondence re subpoenas and motion to compel | 712.50 |
| ~~08/16/06~~ | ~~K. Bradley~~ | ~~0.50~~ | ~~Run Dun & Bradstreet report on Internet Culinary Corp; run Accurint search for home address of Brett Saltzer for L. Bifano~~ | ~~87.50~~ |
| 08/16/06 | M. E. Zeliger | 0.60 | Work on correspondence re changes to demonstratives and subpoenas | 285.00 |
| 08/17/06 | M. E. Zeliger | 0.10 | Work on correspondence re supplemental discovery requests | 47.50 |
| ~~08/18/06~~ | ~~L. S. Bifano~~ | ~~1.60~~ | ~~Attention to subpoenas for Matt Krumm, Internet Culinary Corp, and Brett Saltzer~~ | ~~344.00~~ |
| 08/18/06 | M. E. Zeliger | 2.00 | Work on third party subpoenas; review privilege log and work on correspondence re same; work on preparation for tutorial | 950.00 |
| 08/22/06 | M. E. Zeliger | 0.30 | Work on correspondence re samples and demonstratives for the technical tutorial | 142.50 |
| 08/23/06 | M. E. Zeliger | 0.50 | Review response to letter seeking dismissal and work on correspondence re same | 237.50 |
| 08/24/06 | M. E. Zeliger | 1.70 | Work on correspondence re discovery disputes; work on meet and confer re Ocean Spray's motion to compel; work on motion to compel | 807.50 |
| ~~08/25/06~~ | ~~S. M. Goodrich~~ | ~~0.40~~ | ~~Receive/review e-mail from M. Higdon; review audit response letter~~ | ~~72.00~~ |
| 08/28/06 | M. E. Zeliger | 0.50 | Work on correspondence and strategy re technical tutorial | 237.50 |
| 08/29/06 | M. E. Zeliger | 2.10 | Work on preparation for the tutorial | 997.50 |
| 08/30/06 | M. E. Zeliger | 0.60 | Work on preparation for tutorial; work on correspondence re discovery disagreements | 285.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/31/06 | M. E. Zeliger | 2.10 | Work on correspondence re collecting sample material; review revised demonstratives for tutorial | 997.50 |

|  | TOTAL FEES | 22.20 hrs | | $ 9,653.00 |

| J. S. Bifano | | 2.40 hrs at 215 $ / hr | | $516.00 |
| K. Bradley | | 0.50 hrs at 175 $ / hr | | $87.50 |
| S. M. Goodrich | | 0.40 hrs at 180 $ / hr | | $72.00 |
| M. E. Zeliger | | 18.90 hrs at 475 $ / hr | | $8,977.50 |
|  | TOTAL FEES | 22.20 hrs | | $ 9,653.00 |

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Research | 98.30 |
| Charge for Transcripts | 721.38 |
| Other | 17.68 |
| DISBURSEMENTS & OTHER CHARGES | $ 837.36 |

## INVOICE SUMMARY

| Fees | $ 9,653.00 |
|---|---|
| Disbursements and Other Charges | $ 837.36 |
| **SUBTOTAL** | $ 10,490.36 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

October 17, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1576296 |
| Services Through | : | September 30, 2006 |

Tax Identification Number 25 0921018

**Ocean Spray v. Amazin' Raisins (0101)**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/06 | M. E. Zeliger | 0.80 | Work on correspondence re discovery; work on preparation for the technical tutorial | 380.00 |
| ~~09/05/06~~ | ~~D. A. Simons~~ | ~~1.00~~ | ~~Assist with preparation for technology tutorial~~ | ~~410.00~~ |
| 09/05/06 | M. E. Zeliger | 3.90 | Work on correspondence and strategy re discovery; work on preparation for tutorial | 1,852.50 |
| 09/06/06 | M. E. Zeliger | 5.20 | Work on preparation for tutorial; work on collecting samples for same | 2,470.00 |
| ~~09/07/06~~ | ~~D. A. Simons~~ | ~~0.50~~ | ~~Work on infringement analysis and discovery strategy~~ | ~~205.00~~ |
| 09/07/06 | M. E. Zeliger | 2.80 | Work on review of claim construction materials; work on review of prior Judge Wolf decisions; work on opening statement for presentation | 1,330.00 |
| 09/08/06 | M. E. Zeliger | 3.50 | Work on correspondence, strategy and preparation for hearing | 1,662.50 |
| 09/11/06 | M. E. Zeliger | 7.00 | Work on preparation for and participation in technical tutorial | 3,325.00 |
| 09/12/06 | M. E. Zeliger | 4.60 | Work on strategy for claim construction and summary judgment hearing; work on third party discovery; work on filing Exhibits from Tutorial with the Court | 2,185.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/13/06 | M. E. Zeliger | 2.20 | Work on filing exhibits from tutorial; work on Markman presentation | 1,045.00 |
| ~~09/14/06~~ | ~~L. S. Bifano~~ | ~~0.50~~ | ~~Attention to serving subpoenas~~ | ~~107.50~~ |
| ~~09/14/06~~ | ~~S. M. Henry~~ | ~~0.70~~ | ~~Review materials pertaining to subpoena duces tecum for out of state case, where costodian is California attorney, review and research realted materials regarding propoer service.~~ | ~~280.00~~ |
| ~~09/14/06~~ | ~~D. A. Simons~~ | ~~0.10~~ | ~~Work on preparation for claim construction hearing~~ | ~~41.00~~ |
| 09/14/06 | M. E. Zeliger | 5.70 | Work on preparation for Markman hearing | 2,707.50 |
| ~~09/15/06~~ | ~~L. S. Bifano~~ | ~~1.40~~ | ~~Attention to serving subpoenas~~ | ~~301.00~~ |
| ~~09/15/06~~ | ~~S. M. Henry~~ | ~~0.40~~ | ~~Review and finalize subpoenas and notice to consumer for service on Saltzer, International Culinary Corp, and Atty Mark Krum~~ | ~~160.00~~ |
| 09/15/06 | M. E. Zeliger | 0.30 | Work on strategy re Markman hearing | 142.50 |
| 09/18/06 | M. E. Zeliger | 3.90 | Work on preparation for Markman hearing | 1,852.50 |
| 09/19/06 | M. E. Zeliger | 4.40 | Work on preparation for Markman hearing | 2,090.00 |
| 09/20/06 | M. E. Zeliger | 3.60 | Work on legal research re supplmental case cites in anticipation of Markman hearing | 1,710.00 |
| ~~09/21/06~~ | ~~S. M. Goodrich~~ | ~~0.90~~ | ~~Conference with M. Zeliger relative to document production; case summary~~ | ~~162.00~~ |
| 09/21/06 | M. E. Zeliger | 1.60 | Work on preparation for Markman and summary judgment hearing | 760.00 |
| 09/22/06 | M. E. Zeliger | 3.00 | Work on correspondence re settlement proposals; work on preparation for Markman hearing | 1,425.00 |
| 09/25/06 | M. E. Zeliger | 5.40 | Work on notice of supplemental authority and notice re status of settlement communications; work on preparation for Markman and summary judgment hearing | 2,565.00 |
| ~~09/26/06~~ | ~~S. M. Henry~~ | ~~0.20~~ | ~~Follow up regarding service of subpoena on Krum~~ | ~~80.00~~ |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/26/06 | M. E. Zeliger | 1.50 | Work on preparation for Markman hearing | 712.50 |
| 09/27/06 | M. E. Zeliger | 3.30 | Work on preparation for Markman and summary judgment hearing | 1,567.50 |
| 09/28/06 | M. E. Zeliger | 4.60 | Work on correspondence re subpoena; work on preparation for hearing | 2,185.00 |
| 09/29/06 | M. E. Zeliger | 4.80 | Work on preparation for Markman and summary judgment hearing | 2,280.00 |

|  | TOTAL FEES | 77.80 hrs |  | $ ~~35,994.00~~ |

| L. S. Bifano |  | 1.90 hrs at 215 $/hr | ~~$408.50~~ |
| S. M. Goodrich |  | 0.90 hrs at 180 $/hr | ~~$162.00~~ |
| S. M. Henry |  | 1.30 hrs at 400 $/hr | ~~$520.00~~ |
| D. A. Simons |  | 1.60 hrs at 410 $/hr | ~~$656.00~~ |
| M. E. Zeliger |  | 72.10 hrs at 475 $/hr | $34,247.50 |
|  | TOTAL FEES | 77.80 hrs | $ ~~35,994.00~~ |

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Postage | ~~1.83~~ |
| Other | ~~958.60~~ |
| DISBURSEMENTS & OTHER CHARGES | $ ~~960.43~~ |

## INVOICE SUMMARY

| Fees | $ ~~35,994.00~~ |
| Disbursements and Other Charges | $ ~~960.43~~ |
| **SUBTOTAL** | $ ~~36,954.43~~ |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

November 16, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1585929 |
| Services Through | : | October 31, 2006 |

Tax Identification Number 25 0921018

### Ocean Spray v. Amazin' Raisins (0101)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| ~~10/02/06~~ | ~~S. M. Goodrich~~ | ~~3.50~~ | ~~Download documents from Pacer and rename for exhibits into Trial Director~~ | ~~630.00~~ |
| 10/02/06 | M. E. Zeliger | 3.70 | Work on review of claim construction briefing; work on demonstrative exhibits for Markman hearing | 1,757.50 |
| ~~10/03/06~~ | ~~C. H. Centurelli~~ | ~~2.00~~ | ~~Work on claim construction and summary judgment argument~~ | ~~730.00~~ |
| ~~10/03/06~~ | ~~S. M. Goodrich~~ | ~~4.20~~ | ~~Convert .PDF'S' to Tiffs; obtained and quality check of exhibit cds~~ | ~~756.00~~ |
| ~~10/03/06~~ | ~~S. M. Goodrich~~ | ~~0.40~~ | ~~Prepare conflict check and accounting memo for audit response letter~~ | ~~72.00~~ |
| 10/03/06 | M. E. Zeliger | 5.90 | Work on preparation for Markman and summary judgment hearing; work on demonstratives and exhibits | 2,802.50 |
| 10/04/06 | M. E. Zeliger | 5.90 | Work on preparation for Markman hearing | 2,802.50 |
| ~~10/05/06~~ | ~~L. S. Bifano~~ | ~~0.30~~ | ~~Attention to subpoena on M. Krum~~ | ~~64.50~~ |
| 10/05/06 | M. E. Zeliger | 5.00 | Work on mock argument; work on preparation for hearing | 2,375.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| ~~10/06/06~~ | ~~S. M. Goodrich~~ | ~~3.50~~ | ~~Conferred with M. Zeliger on trial software prep; rename exhibits TIFFS and make compatible for Trial Director; quality check new exhibit cds~~ | ~~630.00~~ |
| 10/06/06 | M. E. Zeliger | 7.10 | Work on demonstratives and preparation for hearing | 3,372.50 |
| 10/09/06 | M. E. Zeliger | 8.90 | Work on preparation for hearing; work on exhibits; work on demonstratives | 4,227.50 |
| ~~10/10/06~~ | ~~S. M. Goodrich~~ | ~~3.10~~ | ~~Assist in prep and set up for hearing; attend hearing~~ | ~~558.00~~ |
| 10/10/06 | M. E. Zeliger | 11.30 | Work on preparation for and conducting Markman hearing; work on strategy and correspondence re settlement negotiations | 5,367.50 |
| 10/11/06 | M. E. Zeliger | 2.10 | Work on settlement discussions; work on strategy and correspondence re same; work on correspondence re discovery matters | 997.50 |
| 10/12/06 | M. E. Zeliger | 0.10 | Work on correspondence re status of settlement discussions | 47.50 |
| ~~10/13/06~~ | ~~M. H. Brodowski~~ | ~~0.10~~ | ~~Attention to e-mail regarding audit letter Response; review attachments; reply to request~~ | ~~45.50~~ |
| ~~10/13/06~~ | ~~S. M. Goodrich~~ | ~~0.10~~ | ~~Work on audit letter response~~ | ~~18.00~~ |
| ~~10/13/06~~ | ~~S. M. Henry~~ | ~~0.30~~ | ~~Correspondence with L. Bifano regarding status of subpoena duces tecum on Krum, telephone call to M. Krum regarding failure to respond to subpoena, correspondence regarding same.~~ | ~~120.00~~ |
| 10/13/06 | M. E. Zeliger | 1.00 | Work on correspondence re status of settlement negotiations; work on correspondence and strategy re discovery issues | 475.00 |
| ~~10/16/06~~ | ~~S. M. Goodrich~~ | ~~0.70~~ | ~~Monitor Attorney responses to audit response; review letter with J. Hutchins; finalize audit response letter and send to client~~ | ~~126.00~~ |



**Kirkpatrick & Lockhart** Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/16/06 | S. M. Henry | 0.20 | Correspondence regarding Subpoena Duces Tecum on Krum | 80.00 |
| 10/16/06 | J. C. Hutchins | 0.50 | Receive and review e-mail from S. Goodrich; review and analyze draft audit response; prepare and send e-mail to S. Goodrich with comments; receive and review e-mail from S. Goodrich. | 225.00 |
| 10/16/06 | M. E. Zeliger | 0.30 | Work on strategy re response to pending settlement proposal; work on response to auditor's inquiry | 142.50 |
| 10/17/06 | M. E. Zeliger | 0.60 | Work on correspondence and strategy re settlement negotiations; work on joint report to Court re same | 285.00 |
| 10/18/06 | S. M. Henry | 0.10 | Call to M. Krum regarding subpoena duces tecum. | 40.00 |
| 10/18/06 | M. E. Zeliger | 0.10 | Work on correspondence re settlement offer | 47.50 |
| 10/19/06 | M. E. Zeliger | 1.40 | Work on correspondence re settlement demand and response to same | 665.00 |
| 10/20/06 | S. M. Henry | 0.70 | Conversation with M. Krum regarding subpoena duces tecum, correspondence with M. Zeliger and L. Bifano regarding substance of conversation. | 280.00 |
| 10/20/06 | M. E. Zeliger | 1.40 | Work on correspondence and strategy re joint report concerning settlement | 665.00 |
| 10/24/06 | M. E. Zeliger | 0.10 | Work on correspondence re update and budget | 47.50 |
| 10/25/06 | M. E. Zeliger | 0.10 | Work on correspondence re update | 47.50 |
| 10/27/06 | M. E. Zeliger | 0.60 | Work on correspondence and strategy re document production issues | 285.00 |
| 10/30/06 | S. M. Henry | 0.20 | Call to M. Krum regarding subpoena duces tecum | 80.00 |
| 10/30/06 | M. E. Zeliger | 0.60 | Work on correspondence and strategy re discovery motions | 285.00 |
| 10/31/06 | S. M. Henry | 0.20 | Call to M. Krum regarding subpoena duces tecum | 80.00 |
| 10/31/06 | M. E. Zeliger | 0.20 | Work on analysis of privilege assertion | 95.00 |

**K&L**

Kirkpatrick & Lockhart Nicholson Graham LLP

| | TOTAL FEES | 76.50 hrs | $ | 31,325.00 |
|---|---|---|---|---|
| L. S. Bifano | 0.30 hrs at 215 $/hr | | | $64.50 |
| M. H. Brodowski | 0.10 hrs at 455 $/hr | | | $45.50 |
| C. H. Centurelli | 2.00 hrs at 365 $/hr | | | $730.00 |
| S. M. Goodrich | 15.50 hrs at 180 $/hr | | | $2,790.00 |
| S. M. Henry | 1.70 hrs at 400 $/hr | | | $680.00 |
| J. C. Hutchins | 0.50 hrs at 450 $/hr | | | $225.00 |
| M. E. Zeliger | 56.40 hrs at 475 $/hr | | | $26,790.00 |
| | TOTAL FEES | 76.50 hrs | $ | 31,325.00 |

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Lexis Research | | | 1,848.92 |
| Westlaw Research | | | 37.67 |
| Other Data Base Research | | | 3.00 |
| Service of Process | | | 362.85 |
| Charge for Transcripts | | | 211.20 |
| Other | | | 7,792.26 |
| | DISBURSEMENTS & OTHER CHARGES | $ | 10,255.90 |

## INVOICE SUMMARY

| | | | |
|---|---|---|---|
| Fees | | $ | 31,325.00 |
| Disbursements and Other Charges | | $ | 10,255.90 |
| **SUBTOTAL** | | $ | 41,580.90 |

-4-



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

December 19, 2006

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1597050 |
| Services Through | : | November 30, 2006 |

Tax Identification Number 25 0921018

### Ocean Spray v. Amazin' Raisins (0101)

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/06 | M. E. Zeliger | 0.20 | Work on correspondence re document production | 95.00 |
| ~~11/02/06~~ | ~~S. M. Henry~~ | ~~0.10~~ | ~~Correspondence with M. Krum regarding subpoena duces tecum.~~ | ~~40.00~~ |
| 11/03/06 | M. E. Zeliger | 0.10 | Work on correspondence re document subpoena | 47.50 |
| 11/06/06 | M. E. Zeliger | 0.10 | Work on correspondence re status of case | 47.50 |
| 11/07/06 | M. E. Zeliger | 0.20 | Work on strategy re supplemental document production | 95.00 |
| 11/17/06 | M. E. Zeliger | 0.10 | Work on correspondence re supplemental document production | 47.50 |
| ~~11/27/06~~ | ~~L. S. Bifano~~ | ~~0.10~~ | ~~Work on correspondence with SMHenry for update on Krum subpoena~~ | ~~21.50~~ |
| ~~11/28/06~~ | ~~S. M. Henry~~ | ~~0.10~~ | ~~Call to M. Krum regarding status of response to subpoena duces tecum~~ | ~~40.00~~ |

| | TOTAL FEES | 1.00 hrs | | $ ~~434.00~~ |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ~~L. S. Bifano~~ | | ~~0.10  hrs at  215  $ / hr~~ | ~~$21.50~~ |
| ~~S. M. Henry~~ | | ~~0.20  hrs at  400  $ / hr~~ | ~~$80.00~~ |
| M. E. Zeliger | | 0.70  hrs at  475  $ / hr | $332.50 |
| | TOTAL FEES | 1.00 hrs | $ ~~434.00~~ |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Research | 1,724.67 |
| Westlaw Research | 16.13 |
| Other Data Base Research | 3.36 |
| Charge for Transcripts | 783.06 |
| Other | 2,503.51 |
| DISBURSEMENTS & OTHER CHARGES | $ 5,030.73 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 434.00 |
| Disbursements and Other Charges | $ | 5,030.73 |
| **SUBTOTAL** | $ | 5,464.73 |

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100    www.klgates.com

January 19, 2007

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1607616 |
| Services Through | : | December 31, 2006 |

Tax Identification Number 25 0921018

## Ocean Spray v. Amazin' Raisins (0101)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| ~~12/01/06~~ | ~~S. M. Henry~~ | ~~0.10~~ | ~~Call to M. Krum following up regarding status of response to subpoena duces tecum.~~ | ~~40.00~~ |
| 12/05/06 | M. E. Zeliger | 0.40 | Work on correspondence re motion to compel and document production issues | 190.00 |
| ~~12/06/06~~ | ~~J. Ho~~ | ~~0.50~~ | ~~Work on infringement contentions; meet with MEZeliger~~ | ~~107.50~~ |
| ~~12/07/06~~ | ~~S. M. Henry~~ | ~~0.30~~ | ~~Conversation with M. Krum regarding status of progress on subpoena duces tecum, correspondence with LSBifano regarding same.~~ | ~~120.00~~ |
| 12/07/06 | M. E. Zeliger | 0.10 | Work on correspondence re Krum subpoena | 47.50 |
| ~~12/08/06~~ | ~~L. S. Bifano~~ | ~~0.10~~ | ~~Attention to Krum subpoena~~ | ~~21.50~~ |
| 12/08/06 | M. E. Zeliger | 0.60 | Work on correspondence re ARI's communications with General Mills | 285.00 |
| ~~12/12/06~~ | ~~S. M. Henry~~ | ~~0.20~~ | ~~Call to M. Krum regarding status of response to subpoena duces tecum.~~ | ~~80.00~~ |
| 12/14/06 | M. E. Zeliger | 0.90 | Work on supplemental document production and privilege analysis | 427.50 |
| 12/15/06 | M. E. Zeliger | 0.60 | Work on review of privilege log and correspondence re same | 285.00 |

K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/20/06 | M. E. Zeliger | 0.20 | Work on correspondence re privilege log | 95.00 |
| 12/21/06 | M. E. Zeliger | 1.30 | Work on analysis re privilege log and withheld documents | 617.50 |
| 12/29/06 | M. E. Zeliger | 0.30 | Work on correspondence and strategy re supplemental production | 142.50 |

|  | TOTAL FEES | 5.60 hrs | $ | 2,459.00 |
|--|------------|----------|---|----------|

| L. S. Bifano | 0.10 hrs at 215 $ / hr | $21.50 |
|--------------|------------------------|--------|
| S. M. Henry | 0.60 hrs at 400 $ / hr | $240.00 |
| J. Ho | 0.50 hrs at 215 $ / hr | $107.50 |
| M. E. Zeliger | 4.40 hrs at 475 $ / hr | $2,090.00 |
|  | TOTAL FEES    5.60 hrs | $    2,459.00 |

-------------------------------------------------------------------------

**INVOICE SUMMARY**

| Fees | $ | 2,459.00 |
|------|---|----------|
| **SUBTOTAL** | **$** | **2,459.00** |

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

т 617.261.3100      www.klgates.com

February 20, 2007

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA  02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1618809 |
| Services Through | : | January 31, 2007 |

Tax Identification Number 25 0921018

## Ocean Spray v. Amazin' Raisins (0101)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/07 | M. E. Zeliger | 0.10 | Work on strategy re document production and privilege issues | 50.00 |
| 01/03/07 | S. M. Henry | 0.40 | Letter to Krum regarding documents subpoenaed and final request to comply with subpoena. | 180.00 |
| 01/08/07 | M. E. Zeliger | 0.10 | Work on correspondence re privilege log | 50.00 |
| 01/09/07 | S. M. Henry | 0.20 | Conversation with M. Krum regarding response to subpoena duces tecum, correspondence with L. Bifano regarding same. | 90.00 |
| 01/09/07 | M. E. Zeliger | 0.10 | Work on correspondence re subpoena | 50.00 |
| 01/10/07 | L. S. Bifano | 0.10 | Communicate with SHenry regarding subpoenas | 29.00 |
| 01/10/07 | M. E. Zeliger | 0.30 | Work on correspondence re subpoena to Attorney Krum and discovery disputes | 150.00 |
| 01/11/07 | M. E. Zeliger | 1.20 | Check status of case docket and Judge Wolf's calendar | 600.00 |
| 01/12/07 | L. S. Bifano | 0.10 | Call SHenry regarding subpoenas | 29.00 |
| 01/12/07 | S. M. Henry | 0.40 | Communications with M. Krum's office regarding responsive documents to subpoena duces tecum, review documents and send to Boston. | 180.00 |

K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/12/07 | M. E. Zeliger | 0.30 | Work on correspondence re pending subpoena | 150.00 |
| ~~01/16/07~~ | ~~L. S. Bifano~~ | ~~0.30~~ | ~~E-mail documents to CSorenson; review subpoena documents~~ | ~~87.00~~ |
| 01/16/07 | M. E. Zeliger | 2.00 | Work on correspondence re Krum subpoena; work on review of documents produced from Attorney Krum | 1,000.00 |
| 01/17/07 | M. E. Zeliger | 4.10 | Work on correspondence re Krum document production | 2,050.00 |
| 01/22/07 | M. E. Zeliger | 0.10 | Work on correspondence re Krum document production | 50.00 |
| ~~01/24/07~~ | ~~S. T. Hogan~~ | ~~0.60~~ | ~~Conference with M. Zeliger to discuss Amazin' Raisins transaction with Pacific Standard and research regarding ownership of patent~~ | ~~174.00~~ |
| 01/24/07 | M. E. Zeliger | 0.50 | Work on correspondence and analysis re ownership of Mazin patent | 250.00 |
| 01/25/07 | M. E. Zeliger | 0.10 | Work on correspondence re Mr. Salter | 50.00 |
| 01/30/07 | M. E. Zeliger | 0.10 | Work on correspondence re status | 50.00 |
| | | TOTAL FEES | 11.10 hrs | $ ~~5,269.00~~ |

| | | | | |
|------|------|------|------|------|
| ~~L. S. Bifano~~ | | ~~0.50~~ hrs at ~~290~~ $ / hr | | ~~$145.00~~ |
| ~~S. M. Henry~~ | | ~~1.00~~ hrs at ~~450~~ $ / hr | | ~~$450.00~~ |
| ~~S. T. Hogan~~ | | ~~0.60~~ hrs at ~~290~~ $ / hr | | ~~$174.00~~ |
| M. E. Zeliger | | 9.00 hrs at 500 $ / hr | | $4,500.00 |
| | TOTAL FEES | 11.10 hrs | | $ ~~5,269.00~~ |

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| ~~Copying Expense (Outside Off.)~~ | ~~600.89~~ |
| ~~Local Courier~~ | ~~12.19~~ |
| ~~DISBURSEMENTS & OTHER CHARGES~~ | $ ~~613.08~~ |

K&L|GATES

---

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 5,269.00 |
| Disbursements and Other Charges | $ | 613.08 |
| **SUBTOTAL** | $ | **5,882.08** |

# K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100    www.klgates.com

March 15, 2007

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA 02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1630777 |
| Services Through | : | February 28, 2007 |

Tax Identification Number 25 0921018

## Ocean Spray v. Amazin' Raisins (0101)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/05/07 | S. T. Hogan | 1.40 | Review documents relating to purchase of the assets of Amazin' Raisins by Internet Culinary Corp. | 406.00 |
| 02/06/07 | S. T. Hogan | 0.30 | Conference with M. Zeliger to discuss Amazin' Raisin acquisition documents | 87.00 |
| 02/06/07 | M. E. Zeliger | 0.30 | Work on correspondence, analysis and draft discovery re Salter documents | 150.00 |
| 02/07/07 | M. E. Zeliger | 0.10 | Work on correspondence re ownership and summary judgment concerns | 50.00 |
| 02/08/07 | S. T. Hogan | 1.20 | Draft summary of facts surrounding Amazin' Raisins acquisition. | 348.00 |
| 02/09/07 | S. T. Hogan | 1.50 | Review SEC filings relating to acquisition of Amazin' Raisins; revise summary of Amazin' Raisins transaction | 435.00 |
| 02/12/07 | S. T. Hogan | 1.10 | Revise summary of events; draft interrogatories and requests for admission regarding Amazin' Rasins acquisition. | 319.00 |
| 02/13/07 | S. T. Hogan | 2.20 | Draft interrogatories and requests for admission regarding the acquisition of Amazin' Raisins | 638.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/13/07 | M. E. Zeliger | 0.30 | Work on review of draft discovery | 150.00 |
| 02/14/07 | M. E. Zeliger | 0.10 | Work on strategy re remaining fact discovery | 50.00 |

|  |  | TOTAL FEES | 8.50 hrs | $   2,633.00 |
|--|--|------------|----------|--------------|
| S. T. Hogan | | | 7.70  hrs  at   290  $ / hr | $2,233.00 |
| M. E. Zeliger | | | 0.80  hrs  at   500  $ / hr | $400.00 |
|  |  | TOTAL FEES | 8.50 hrs | $   2,633.00 |

## DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Lexis Research | 203.70 |
| Other Data Base Research | 48.88 |
| DISBURSEMENTS & OTHER CHARGES | $   252.58 |

## INVOICE SUMMARY

| | |
|--|--|
| Fees | $   2,633.00 |
| Disbursements and Other Charges | $   252.58 |
| **SUBTOTAL** | $   2,885.58 |

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100    www.klgates.com

June 18, 2007

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA 02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1662000 |
| Services Through | : | May 31, 2007 |

Tax Identification Number 25 0921018

### Ocean Spray v. Amazin' Raisins (0101)

#### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/23/07 | M. E. Zeliger | 0.10 | Work on correspondence re pending motions | 50.00 |
| | | TOTAL FEES | 0.10 hrs | $    50.00 |

| | | | | |
|---|---|---|---|---|
| M. E. Zeliger | | | 0.10 hrs at 500 $ / hr | $50.00 |
| | | TOTAL FEES | 0.10 hrs | $    50.00 |

#### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 50.00 |
| **SUBTOTAL** | $ | **50.00** |

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100    www.klgates.com

July 26, 2007

Ocean Spray Cranberries, Inc.
One Ocean Spray Drive
Lakeville-Middleboro, MA 02349

| | | |
|---|---|---|
| Our File Number | : | 0522360 |
| Invoice | : | 1672753 |
| Services Through | : | June 30, 2007 |

Tax Identification Number 25 0921018

**Ocean Spray v. Amazin' Raisins (00101)**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/11/07 | M. E. Zeliger | 0.10 | Work on correspondence and strategy re status of pending motion | 50.00 |
| 06/14/07 | M. E. Zeliger | 0.30 | Work on research re status of Amazin Raisins, Jack Mazin and Brett Salter | 150.00 |
| | TOTAL FEES | 0.40 hrs | | $ 200.00 |
| M. E. Zeliger | | 0.40 hrs at 500 $ / hr | | $200.00 |
| | TOTAL FEES | 0.40 hrs | | $ 200.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 200.00 |
| **SUBTOTAL** | $ 200.00 |

**Exhibit B – Summary of Rates, Hours and Fees Sought by Ocean Spray**

| Attorney | | Michael Zeliger | William Woodford |
|---|---|---|---|
| | | | |
| Billable Rate ($/hr by year) | 2004 | 400.00 | 250.00 |
| | 2005 | 440.00 | 300.00 |
| | 2006 | 475.00 / 485.00 | 335.00 |
| | 2007 | 500.00 / 525.00 | 410.00 |
| | | | |
| Billed Hours | | 459.6 | 537.5 |
| | | | |
| Billed Fees | | $215,677.00 | $164,147.00 |
| | | | |
| Total | | | $379,824.00 |