Form 22

**FORM 22.  Transcript Purchase Order**

---

# United States Court of Appeals for the Federal Circuit

Amazin' Raisins International, Inc.

) Appeal from    ☑ U.S. Discrict Court for  Massachusetts

       ❑ Court of International Trade

       ❑ Claims Court

—VERSUS—    ) TRIAL COURT NO.  04-12679 - MLW

Ocean Spray Cranberries, Inc.

) CIRCUIT COURT NO. _____

### TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

---

PART I -    TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

    A. Complete one of the following:

        ( ___ ) A transcripts is not needed for the appeal

        ( ✓ ) A transcript is already on file

        ( ___ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

        Note: voir dire and closing arguments are not prepared unless specifically requested.

    Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

    B. I certify that financial arrangements have been made with the reporter. Payment is by:

        ( ___ ) Private Funds

        ( ___ ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____    DATE 9/18/07  COUNSEL FOR  Plaintiff

ADDRESS  80 South 8th Street, Suite 3200, Minneapolis, Minnesota 55402

TELEPHONE  612.332.5300

---

PART II -    TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date:  _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date

Telephone _____

---

PART III -  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____    _____
Date                         Signature

---

Reset Fields

133

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Transcript Order Form*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via facsimile and overnight delivery on September 18, 2007 to any counsel of record who are not registered on NEF.

                                        /s/ Gina M. McCreadie
                                        Gina M. McCreadie