**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMAZIN' RAISINS INTERNATIONAL, INC. an Ontario, Canada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>            Defendant. | Civ. Action No. 04-12679-MLW |

**MOTION TO IMPOUND DOCUMENTS RELATING**
**TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION**
**TO AMEND JUDGMENT AND AWARD FEES**

Pursuant to Local Rule 7.2 and the Protective Order entered in this case, Plaintiff Amazin' Raisins International, Inc. ("ARI") hereby moves the Court to allow ARI to file the unredacted versions of Exhibits C, L and N to the Declaration of Christopher J. Sorenson, filed in support of ARI's Opposition to Ocean Spray's Motion to Amend Judgment And Award Attorneys' Fees under seal.

As grounds for this Motion, ARI states that Exhibits C and L are transcripts of deposition testimony marked in their entirety by Ocean Spray as Confidential and Exhibit L is a document that contains confidential sales information of Ocean Spray that has been designated "Confidential or Confidential Attorney's Eyes Only" pursuant to the Protective Order entered in this case on April 21, 2005.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Impound, which Order shall remain in effect until further Order of the Court.

Dated: September 28, 2007      By: s/ Christopher J. Sorenson

**ATTORNEYS FOR PLAINTIFF**

Nicholas G. Papastavros (BBO # 635742)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000

Christopher J. Sorenson (MN # 210118)
Todd S. Werner (MN # 033019X)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-332-5300
Facsimile: 612-332-9081

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that I spoke to Defendant Ocean Spray's counsel on September 28, 2007 in an attempt to eliminate the need to file this motion for impoundment. Given the confidential and proprietary nature of the information that is the subject of this motion, Ocean Spray requested that it remain confidential. As a result, in compliance with the terms of the Protective Order, ARI has filed this motion.

                       s/ Christopher J. Sorenson