UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                             )
AMAZIN' RAISINS INTERNATIONAL, INC.   )
an Ontario, Canada corporation,                   )
                                                             )
                                 Plaintiff,     )
                                                             )
v.                                                              )        Civ. Action No. 04-12679-MLW
                                                             )
OCEAN SPRAY CRANBERRIES, INC.,     )
a Delaware corporation,                             )
                                                             )
                                 Defendant.   )
_____)

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 28, 2007, I caused the following documents:

1.     Motion to Impound Documents Relating to Plaintiff's Opposition to Defendant's Motion to Amend Judgment and Award Fees;

2.     Plaintiff's Memorandum in Opposition to Defendant's Motion to Amend Judgment and Award Fees;

3.     Declaration of Christopher J. Sorenson in Support of Plaintiff's Opposition to Defendant's Motion to Amend Judgment and Award Fees and Exhibits A – S;

4.     Declaration of Clifford D. Richler; and

5.     Declaration of Jack Mazin

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

        **John C. Adkisson**        adkisson@fr.com mla@fr.com

        **William R Woodford**    woodford@fr.com lindner@fr.com

        **Michael E. Zeliger**      zeliger@fr.com omeara@fr.com

Dated: September 28, 2007                s/Christopher J. Sorenson
                                                       Christopher J. Sorenson