AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

✓ United States District Court for the *District of Massachusetts*
___ United States Court of International Trade
___ United States Claims Court

Type of case: *35:271 Patent Infringement*

v.

Plaintiff(s) *Anazon Raisins International Inc.* Defendant(s) *Ocean Spray Cranberries*
(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. *04-CV-12679*    Date of Judgment or Order    *8/20/2007 / memo + order 8/20/2007*

Cross or related appeal? ___    Date of Notice of Appeal    *9/18/2007*

Appellant is: ✓ Plaintiff  ___ Defendant  ___ Other (explain) ___

FEES:    Court of Appeals Docket Fee Paid?  ✓ Yes  ___ No
U.S. Appeal?  ___ Yes  ___ No
In forma pauperis?  ___ Granted  ___ Denied  ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

*Nicholas Y. Papastavros*
*Nixon Peabody LLP*
*100 Summer Street*
*Boston, MA 02110*
*617-345-1000*

*John C. Adkisson*
*Fish & Richardson PC*
*3300 Dain Rauscher Plaza*
*60 South Sixth Street*
*Minneapolis, MN 55402*  *612-335-5070*

COURT REPORTER (Name and telephone): *Richard Romanow*    *617-737-1370*

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.