04-12679

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2008-1098

*FILED
IN CLERK'S OFFICE

2007 DEC 17 P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.*

AMAZIN' RAISINS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

OCEAN SPRAY CRANBERRIES, INC.,

Defendant-Appellee.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

On consideration of the notice of appeal filed on September 18, 2007, a motion of the type

enumerated in Fed. R. App. P. 4(a)(4) has been filed in the U.S. District Court, District of

Massachusetts rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding

motion.

FOR THE COURT:

December 13, 2007

**Jan Horbaly**

Jan Horbaly
Clerk

cc:    Clerk's Office, DCT
       Christopher J. Sorenson
       Jeffrey L. Snow

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 3 2007

JAN HORBALY
CLERK

2008-1098, AMAZIN RAISINS V OCEAN SPRAY
DCT - MA, 04-CV-12679